**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| K.MIZRA LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>NXP SEMICONDUCTORS  N.V., NXP B.V., AND NXP USA, INC.,<br><br>                    Defendants. | CIVIL ACTION NO. 7:25-cv-304<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff K.Mizra LLC files this Complaint against Defendants NXP Semiconductors N.V., NXP B.V., and NXP USA, Inc. (together "NXP" or "Defendants") for infringement of U.S. Patent Nos. 8,183,887 (the "'887 Patent"), 8,693,556 (the "'556 Patent"), 9,437,279 (the "'279 Patent"), 10,331,379 (the "'379 Patent"), 10,523,344 (the "'344 Patent"), and 11,551,743 (the "'743 Patent"), collectively, the "Asserted Patents."

## THE PARTIES

1.      Plaintiff K.Mizra LLC ("K.Mizra") is a Delaware Limited Liability Company at 777 Brickell Avenue, #500-96031, Miami, Florida 33131.

2.      On information and belief, NXP Semiconductors N.V. ("NXP NV") is a company organized and existing under the laws of the Netherlands, having a place of business at High Tech Campus 60, 5656 AG, Eindhoven, the Netherlands.

3.      On information and belief, NXP B.V. ("NXP BV") is a company organized and existing under the laws of the Netherlands, having a place of business at High Tech Campus 60,

5656 AG Eindhoven, the Netherlands. NXP BV is a wholly-owned and wholly-controlled subsidiary of NXP Semiconductors NV.

4.     On information and belief, NXP USA, Inc. ("NXP USA") is a corporation organized under the laws of Delaware. On information and belief, NXP USA is a wholly-owned and wholly-controlled subsidiary of NXP Semiconductors NV. NXP USA, Inc. has places of business in this District, including its U.S. Corporate Headquarters located at 6501 W. William Cannon Dr., Austin, TX 78735; and 3501 Ed Bluestein Blvd., Austin, TX 78721.

5.     Defendants are engaged (including, as relevant, in the past) in making, using, selling, offering for sale, and/or importing, and/or inducing one another and their respective subsidiaries, affiliates, distributors, suppliers, retail partners, and customers in the making, using, selling, offering for sale, and/or importing throughout the United States, including within this District, the Accused Products (collectively, as particularly identified and described throughout this Complaint).

6.     On information and belief, NXP NV and NXP BV maintain (and have maintained) a corporate presence in the United States via at least its U.S.-based sales and/or distribution subsidiaries and/or agents, including NXP USA.

7.     On information and belief, NXP NV controls (and has controlled) NXP BV, as well as many other subsidiaries, including NXP USA. On information and belief, NXP USA and/or NXP BV provide (and have provided) sales, distribution, research, and/or development support in the United States for their parent NXP NV, which owns NXP BV and NXP USA. NXP BV and NXP USA are, and have been, agents of NXP NV. At the direction and control of NXP NV, its subsidiaries, including NXP BV, and/or U.S.-based sales and/or distribution subsidiaries

2

including, NXP USA, have imported and continue to import Accused Products into the United States and this District.

8.      On information and belief, NXP BV controls (and has controlled) many subsidiaries, including NXP USA. On information and belief, NXP USA provides (and has provided) sales, distribution, research, and/or development support in the United States for its parent NXP BV, which owns NXP USA. NXP USA is, and has been, an agent of NXP BV. At the direction and control of NXP BV, U.S.-based sales and/or distribution subsidiaries including, NXP USA, have imported and continue to import Accused Products into the United States and this District.

9.      On information and belief NXP NV controls (and has controlled) each of NXP BV and NXP USA. On information and belief, each of these related companies and other NXP companies are, and have been, agents of NXP NV. For example, NXP NV, NXP BV, and NXP USA use the same logo, further emphasizing that these companies are alter egos and/or agents of one another.

10.     On information and belief, NXP NV, NXP BV, and NXP USA, along with their respective foreign and U.S.-based subsidiaries, affiliates, distributors, retail partners, and customers (which act as part of a global network and supply chain of overseas sales and manufacturing subsidiaries), have operated as agents of one another and vicariously as parts of the same business group to work in concert together and enter into agreements that are nearer than arm's length to provide (and have provided) a distribution channel of infringing products within this District and the U.S. nationally.

11.     NXP NV, NXP BV, and NXP USA operate (and have operated) in agency with one another and their respective foreign and U.S.-based subsidiaries, affiliates, distributors, retail

partners, suppliers, and customers, to provide a distribution channel of infringing products within this District and the U.S. nationally. NXP NV, NXP BV, and NXP USA, individually and/or between one another and their respective agents and foreign and U.S.-based subsidiaries, affiliates, distributors, retail partners, suppliers, and customers, purposefully direct (and have directed) the Accused Products into established distribution channels within this District and the U.S. nationally.

12.     On information and belief, NXP NV, NXP BV, and NXP USA, including their respective U.S.-based subsidiaries, affiliates, distributors, retail partners, and customers (which act as part of a global network and supply chain of overseas sales and manufacturing subsidiaries), have operated as agents of one another and vicariously as parts of the same business group to work in concert together and enter into agreements that are nearer than arm's length. NXP NV, NXP BV, and NXP USA, and their U.S.-based sales subsidiaries, individually and/or in concert, conduct business (and have conducted business) in the United States, including importing, using, testing, distributing, offering to sell, and selling the Accused Products that incorporate devices, systems, and processes that infringed the Asserted Patents in Texas and this District. *See Trois v. Apple Tree Auction Center, Inc.*, 882 F.3d 485, 490 (5th Cir. 2018) ("A defendant may be subject to personal jurisdiction because of the activities of its agent within the forum state…."); *see also Cephalon, Inc. v. Watson Pharmaceuticals, Inc.*, 629 F. Supp. 2d 338, 348 (D. Del. 2009) ("The agency theory may be applied not only to parents and subsidiaries, but also to companies that are 'two arms of the same business group,' operate in concert with each other, and enter into agreements with each other that are nearer than arm's length.").

13.     Through offers to sell, sales, imports, distributions, and other related agreements to transfer ownership of Defendants' Accused Products by and/or to affiliates, distributors, subsidiaries, suppliers, retail partners, customers, agents, and/or other Defendants, Defendants are

operating in (and have operated in) and maintaining (and maintained) a significant business presence in the U.S. and/or through their U.S. subsidiaries or agents, Defendants do business in the U.S., the state of Texas, and in this District.

14. NXP NV, NXP BV, and NXP USA are companies which together comprise "a global semiconductor company and a long-standing supplier in the industry, with over 60 years of innovation and operating history." *See* https://investors.nxp.com/static-files/124a48d0-1a7a-481e-8cda-023740f53e4c at page 3. According to NXP, it provides technology solutions "in the domains of cryptography-security, high-speed interface, radio frequency (RF), mixed-signal analog-digital (mixed A/D), power management, digital signal processing and embedded system design." *Id.* NXP's "product solutions are used in a wide range of end market applications including: automotive, industrial & Internet of Things (IoT), mobile, and communication infrastructure." *Id.*

15. NXP NV, NXP BV, and NXP USA share the same management, common ownership, advertising platforms, facilities, distribution chains and platforms, and infringing product lines and products involving related technologies. On information and belief, Defendants operate as a single business entity and/or in concert with each other to manufacture, sell, offer to sell, import, market, advertise, and/or otherwise promote the Accused Products in the United States, including in the State of Texas generally and this District in particular. On information and belief, Defendants share directors, executives, and employees. According to NXP, "NXP has one reportable segment representing the entity as a whole, which reflects the way in which our chief operating decision maker executes operating decisions, allocates resources, and manages the growth and profitability of the Company." *See* https://investors.nxp.com/static-files/124a48d0-1a7a-481e-8cda-023740f53e4c at page 3; *see also id.* at page 8 ("We manage our manufacturing

assets together through one centralized organization to ensure we realize scale benefits in asset utilization, purchasing volumes and overhead leverage across businesses.").

16.     NXP, as a single enterprise of multiple operating subsidiaries acting in concert with one another, has a common Board of Directors with responsibility "for the overall conduct of the NXP Group." Rules Governing the Board of Directors of NXP Semiconductors N.V. (Nov. 2023) at Article 1.1. Annually, the common Board of Directors of the NXP Group sets "the corporate strategy of the NXP Group." *Id*. at Article 1.3(b). The collective set of NXP entities, including Defendants, is managed, in concert, by a common management team to direct the manufacture, distribution, and sale of NXP products, including the Accused Products.

17.     NXP USA is a subsidiary of both NXP NV and NXP BV and engages in sales, advertising, marketing, and/or research in the United States on behalf of, and under the control of NXP NV and NXP BV. "NXP owns and operates four wafer fabrication facilities in the US, two of which are in Austin, Texas . . . . The representative products of these fabs include microcontrollers (MCUs) and microprocessors (MPUs), power management devices, RF transceivers, amplifiers and sensors." *See* https://www.nxp.com/company/about-nxp/worldwide-locations/united-states:USA.

18.     NXP employs numerous employees in Austin who possess information relevant to issues involving the Accused Products, including at least: (1) Executive VP and CFO, who possesses knowledge related to the revenue of the accused products; (2) Senior VP and Chief IP Officer, who possesses knowledge relevant to damages and the hypothetical negotiation; (3) Senior Director and Head of IP Monetization, who has submitted patents relevant to the Accused Products and possesses knowledge relevant to damages; (4) Executive VP, General Counsel, Corporate Secretary, and Chief Sustainability Officer, who would possess information relevant to damages

and reasonable royalty analysis; (5) Executive VP, Global Operations, who is responsible for overseeing NXP's manufacturing operations and would have relevant knowledge on the manufacturing of the Accused Products; (6) NXP's global head of sales, who possesses relevant knowledge of the sales and marketing of the Accused Products; (7) Technical Director, who works on the Accused Products; and various other individuals with responsibilities for the Accused Products, such as NXP's i.MX 8M Applications Processors. *See MIMO RESEARCH, LLC v. NXP USA, Inc.*, No. W:22-CV-00501-ADA (W.D. Tex. Apr. 20, 2023), Dkt. 71 at pp. 9-10.

19.    NXP has posted 25 job listings in Austin that are related to the research, development, manufacturing, sales, testing, and/or marketing of the Accused Products. *See* https://nxp.wd3.myworkdayjobs.com/careers?locations=3db468d56aa610d690867492f6a44a10 &locations=3db468d56aa610d6908623b4269049aa (exemplary NXP job titles in Austin include Segment Lead (Director Level), Marketing Manager - Home and Building Automation, Director, Segment Lead-Home and Building Automation, Sr. Diffusion Equipment Engineer, AI/ML driven ASIC Design and Implementation Automation Expert, Test Engineering Manager - IoT & Auto Edge Products, Senior Business System Analyst – Sales, Technical Director Systems Architecture - MPU Products, Regional Marketing Manager, Sr. Product Marketing Manager - Industrial, IoT, Automotive Edge Products).

20.    NXP owns, manages, and/or operates a highly interactive website at https://www.nxp.com/. NXP USA, Inc. is listed as the registrant, administrative contact, and technical contact for the NXP.com website. *See* https://lookup.icann.org/en/lookup.

21.    The "Privacy Statement" webpage on the NXP.com website states that "When this Privacy Statement refers to 'we', 'us' or 'our', it refers to NXP B.V. and affiliates or subsidiaries which under this Privacy Statement may act as a controller of your personal information . . . ." *See*

https://www.nxp.com/pages/privacy-statement:PRIVACYPRACTICES.    Furthermore,    the

Privacy Statement also provides contact details for questions regarding the Privacy Statement to

be addressed to NXP Semiconductors N.V., Attn. Data Protection Office, High Tech Campus 60,

5656AG Eindhoven, The Netherlands. *Id*. A link to this Privacy Statement is included on all

webpages of the NXP.com website.

22.    From the NXP.com website, customers and end users in the United States can

purchase NXP products including but not limited to the Accused Products. *See*

https://www.nxp.com/support/sample-and-buy:SAMPLE-BUY ("Whether you prefer to purchase

direct from us or use your preferred distributor you'll find quantities and pricing for all our NXP

and third-party products.") NXP explains, "Through our online catalog and shopping cart, you can

quickly and easily buy parts, software, development tools or third-party products that have a 'Add

to cart' button Buy from NXP next to them. Simply click the button to add the product to your cart

and then make your purchase using major credit cards, wire transfers or purchase orders. Items can

be shipped to virtually anywhere in the world." *See* https://www.nxp.com/support/sample-and-

buy/buy-from-nxp:WTOBUY_BUYDIRECT.

23.    The NXP.com website offers extensive and interactive training for customers and

end users on the design and use of NXP products, including the Accused Products.

https://www.nxp.com/support/support/training:TRAINING-EVENTS.

24.    The NXP.com website provides customers, potential customers, and/or end users

located in the United States or elsewhere with real-time, interactive support and guidance on the

use of NXP products, including but not limited to the Accused Products.

https://www.nxp.com/support/support:SUPPORTHOME. For example, customers, potential

customers, and/or end users can interact with the NXP.com website to provide support and

guidance as to NXP products, including the Accused Products. *Id*. Such interaction provided by the NXP.com website includes participating in an open forum for technical discussions moderated by NXP experts; requesting confidential assistance with an NXP support professional through support tickets; or participating in a live chat with NXP employees. *Id*.

25.     NXP provides additional interactivity for those customers and end users who create an account on the NXP.com website. For the website users with an NXP.com account, NXP offers: Access to our full public library of technical content, including documentation, training, and software via collections; Access authorized secure information about our products. Apply online for an NDA with NXP to get started; Engage with a vibrant and active ecosystem of engineers and specialists in the NXP Community; Get timely and confidential world-class assistance from an NXP Support Professional; Queue up multiple documents or items to download when it's easiest for you using the download manager; and Get the first notification about new NXP products and services via our newsletter. https://www.nxp.com/support/support/my-nxp-account-benefits/my-nxp-account-faqs:NXP-ACCOUNT-FAQS.

26.     NXP encourages and rewards active engagement on the NXP.com website by NXP customers and end users. For example, NXP.com users can earn badges and rewards. https://www.nxp.com/support/support/my-nxp-account-benefits:NXP-ACCOUNT-BENEFITS.

27.     NXP is willing to share "Proprietary or Confidential Information" with those customers and end users who create an account on the NXP.com website and complete a Non-Disclosure Agreement with NXP. https://www.nxp.com/support/support/non-disclosure-agreement-faqs:NDA-FAQS. The NXP.com website permits users to "Apply for an NDA with NXP" directly through the NXP.com website. *Id*. The website also includes a "Sample Letter,"

which provides a template for an NDA between an NXP.com website user and an NXP entity to be filled in by an NXP employee. *Id*.

28.     On information and belief, NXP NV, NXP BV, and NXP USA operate as a unitary business venture and are jointly and severally liable for the acts of patent infringement alleged herein.

## JURISDICTION AND VENUE

29.     This action arises under the patent laws of the United States, namely 35 U.S.C. §§ 271, 281, and 284-285, among others.

30.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

31.     With respect to NXP NV and NXP BV (the "foreign Defendants"), venue is proper in this District pursuant to 28 U.S.C. §§ 1391(c). The foreign Defendants are foreign entities and may be sued in any judicial district under 28 U.S.C. § 1391(c)(3).

32.     With respect to NXP USA, venue is proper in this District under 28 U.S.C. § 1400(b). NXP USA has committed acts of infringement in the District and/or has induced acts of patent infringement by others in this District and has a regular and established place of business within the District. For example, NXP USA has regular and established places of businesses within this District including its U.S. Corporate Headquarters located at 6501 W. William Cannon Dr., Austin, TX 78735; and 3501 Ed Bluestein Blvd., Austin, TX 78721.

33.     This Court has general and specific personal jurisdiction over the Defendants pursuant to due process and/or the Texas Long Arm Statute because, inter alia, (i) the Defendants have done and continue to do business in Texas and/or (ii) the Defendants have, directly and through intermediaries, distributers, agents, and/or others committed and continue to commit acts

of patent infringement in the State of Texas, including making, using, offering to sell, and/or selling Accused Products in Texas, and/or importing Accused Products into Texas, including by Internet sales (including acts of infringement via NXP.com's highly interactive website) and/or sales via retail and wholesale stores, inducing others to commit acts of patent infringement in Texas (including inducement via NXP.com's highly interactive website), and/or committing a least a portion of any other infringements alleged herein. Defendants have placed, and are continuing to place, infringing products into the stream of commerce, via established distribution channels, with the knowledge and/or understanding that such products are sold in Texas, including in this District. Defendants have derived substantial revenues from their infringing acts occurring within Texas and within this District. Defendants have substantial business in this State and District (including, as relevant, in the past), including: (A) conducting at least part of their infringing activities alleged herein; and (B) regularly doing or soliciting business, engaging in other persistent conduct, and/or deriving substantial revenue from infringing goods offered for sale, sold, and/or imported, and services provided to Texas residents vicariously through and/or in concert with their respective alter egos, intermediaries, agents, distributors, importers, customers, subsidiaries, and/or consumers.

34.     This Court has personal jurisdiction over Defendants, directly or through intermediaries, distributors, importers, customers, subsidiaries, and/or consumers including their U.S.-based sales subsidiaries, as applicable. Through direction and control (including, as relevant, in the past) of such subsidiaries, affiliates, distributors, retail partners, agents, and/or customers, Defendants have committed acts of direct and/or indirect patent infringement within Texas, and elsewhere within the United States, giving rise to this action and/or have established minimum contacts with Texas such that personal jurisdiction over Defendants would not offend traditional

notions of fair play and substantial justice. Upon information and belief, Defendants compensate their U.S.-based subsidiaries and/or agents for their sales support services in the United States. As such, Defendants have a direct financial interest in their U.S.-based subsidiaries and/or agents, and vice versa.

35.     Personal jurisdiction is proper because Defendants have committed acts of infringement in this District. This Court has personal jurisdiction over Defendants because, inter alia, this action arises from activities Defendants purposefully directed towards the State of Texas and this District (including Defendants' activities via NXP.com's highly interactive website).

36.     On information and belief, NXP (directly and/or through its subsidiaries, affiliates, or intermediaries) owns, operates, or controls facilities that include offices and fabrication facilities in Austin, Texas where infringing products are designed, developed, manufactured, tested, used, marketed, imported, exported, offered for sale, and/or sold into a stream of commerce that includes this District. On information and belief, NXP employs over 1800 employees in the Austin area. *See* https://www.linkedin.com/company/nxp-semiconductors/people/?facetGeoRegion=90000064.

37.     Exercising personal jurisdiction over Defendants in this District would not be unreasonable given Defendants' contacts in this District, the interest in this District of resolving disputes related to products sold herein, and the harm that would occur to Plaintiff who resides in this District.

38.     In addition, Defendants, as applicable, have knowingly induced infringement within this District by advertising, marketing, offering for sale and/or selling devices pre-loaded with infringing functionality within this District, to consumers, customers, manufacturers, distributors, resellers, partners, and/or end users, and providing instructions, user manuals,

advertising, and/or marketing materials which facilitate, direct or encourage the use of infringing functionality with knowledge thereof (including such activities provided via Defendants' NXP.com website).

39. Personal jurisdiction also exists specifically over Defendants because Defendants, directly or through affiliates, subsidiaries, agents, and/or intermediaries, transact business (or have transacted business) in this State or purposefully directed business at this State by making, importing, testing, offering to sell, selling, and/or having sold infringing products within this State and District or purposefully directed at this State or District.

40. Personal jurisdiction also exists specifically because Defendants and/or their U.S.-based subsidiaries, as applicable, have overlapping executives, interlocking corporate structures, and close relationships as manufacturer, importer, distributor, and/or seller of the products accused of infringement.

41. To the extent the foreign Defendants are not subject to jurisdiction in any state's court of general jurisdiction, exercising jurisdiction over the foreign Defendants in this State and this District would be consistent with due process and this State's long-arm statute and under national contacts in light of the facts alleged in this Complaint.

42. In addition, Defendants, directly or through other Defendants, affiliates, subsidiaries, agents, and/or intermediaries, have placed infringing products into the stream of commerce knowing they would be sold and used in Texas, and economically benefit from the retail sale of infringing products in this State, including in this District.

43. Defendants have advertised their infringing products to customers in Texas and this District through their NXP.com website.

13

44.    On information and belief, the foreign Defendants control (or have controlled) or otherwise direct (or directed) and authorize (or authorized) all activities of their U.S.-based agents and/or sales and/or distribution subsidiaries, as applicable. Such directed and authorized activities include the U.S.-based subsidiaries' and/or agents having used, offered for sale, sold, and/or imported the Accused Products, their components, processes, and/or products containing the same that incorporated the fundamental technologies and claims of the Asserted Patents. The foreign Defendants' U.S.-based sales and/or distribution subsidiaries and/or agents were authorized to import, distribute, sell, or offer for sale the Accused Products on behalf of the foreign Defendants. For example, the foreign Defendants researched, designed, developed, and manufactured the Accused Products, and then directed their U.S.-based sales subsidiaries, distributers, agents, and others to import, distribute, offer for sale, and sell the Accused Products in the United States. *See, e.g., United States v. Hui Hsiung*, 778 F.3d 738, 743 (9th Cir. 2015) (finding that the sale of infringing products to third parties rather than for direct import into the U.S. did not "place [defendants'] conduct beyond the reach of United States law [or] escape culpability under the rubric of extraterritoriality"). Thus, Defendants conducted infringing activities, and the foreign Defendants' U.S.-based sales subsidiaries and/or distributers and/or agents conducted infringing activities on behalf of the foreign Defendants.

45.    On information and belief, the foreign Defendants' U.S.-based sales and/or distribution subsidiaries' and/or agents' presence (including in the past) in the United States gave the foreign Defendants substantially the same business advantages that they would have enjoyed if the foreign Defendants conducted their business through their own offices or paid agents in the state. The foreign Defendants' U.S.-based sales subsidiaries and/or distributers and/or agents were authorized to import, distribute, sell, and offer for sale Defendants' products, including

14

Defendants' Accused Products, as well as their components and processes related to the same, on behalf of the foreign Defendants. For example, Defendants' U.S.-based sales subsidiaries operated within Defendants' global network and supply chain of sales subsidiaries. In the U.S., including within this District, Defendants' Accused Products, as well as their components and processes related to the same, were imported, distributed, offered for sale, and/or sold.

46.    Via Defendants' alter egos, agents, intermediaries, distributors, importers, customers, subsidiaries, and/or consumers that maintained a business presence, operating in, and/or residing in the U.S., Defendants' products, including products and processes accused of infringing the Asserted Patents, are or have been widely distributed and sold in Texas including within this District. *See Litecubes, LLC v. Northern Light Products, Inc.*, 523 F.3d 1353, 1369-70 (Fed. Cir. 2008) ("[T]he sale [for purposes of § 271] occurred at the location of the buyer."); *see also Semcon IP Inc. v. Kyocera Corp.*, No. 2:18-cv-00197-JRG, 2019 WL 1979930, at *3 (E.D. Tex. May 3, 2019) (denying accused infringer's motion to dismiss because plaintiff sufficiently plead that purchases of infringing products outside of the United States for importation into and sales to customers in the U.S. may constitute an offer to sell under § 271(a)).

47.    On information and belief, Defendants have placed infringing products and/or products that practiced infringing processes into the stream of commerce via established distribution channels comprising at least their subsidiaries, affiliates, distributors, and/or agents or customers, with the knowledge and/or intent that those products were imported, used, offered for sale, and sold in the United States and Texas, including in this District. As a result, Defendants have, vicariously through and/or in concert with other Defendants, alter egos, agents, intermediaries, distributors, affiliates, importers, customers, subsidiaries, and/or consumers, placed the Accused Products into the stream of commerce via established distribution channels

with the knowledge and/or intent that those products were sold and continue to be sold in the United States and Texas, including in this District.

48.     In the alternative, the Court has personal jurisdiction over the foreign Defendants under Federal Rule of Civil Procedure 4(k)(2), because the claims for patent infringement in this action arise under federal law, foreign Defendants are not subject to the jurisdiction of the courts of general jurisdiction of any state and exercising jurisdiction over the foreign Defendants is consistent with the U.S. Constitution.

49.     The foreign Defendants have minimum contacts with the United States. The foreign Defendants offer their stock on NASDAQ. Furthermore, the foreign Defendants have purposefully targeted the U.S. market and this District as to the Accused Products by acquiring U.S. companies as evidenced by NXP's merger with Freescale Semiconductor, Ltd. in 2015 and NXP's acquisition of Marvell's Wi-Fi Connectivity Business in 2019. Additionally, the foreign Defendants purposefully target U.S. users of their NXP.com website to: gather privacy information; provide instruction materials, training, support, and user guides of NXP products, including the Accused Products; and/or offer for sale, ship, distribute, import, and/or sell NXP products, including the Accused Products, directly from NXP or via its distributors or intermediaries.

## THE PATENTS-IN-SUIT

50.     K.Mizra is the sole and exclusive owner of all right, title, and interest in the '887 Patent, the '556 Patent, the '279 Patent, the '379 Patent, the '344 Patent, and the '743 Patent, and holds the exclusive right to take all actions necessary to enforce its rights in, and to, the Asserted Patents, including the filing of this patent infringement lawsuit. K.Mizra also has the right to recover all damages for past, present, and future infringements of the Asserted Patents and to seek injunctive relief as appropriate under the law.

51. The '887 Patent is titled, "High speed signaling system with adaptive transmit pre-emphasis." The '887 Patent lawfully issued on May 22, 2012, and stems from U.S. Patent Application No. 12/693,285, which was filed on January 25, 2010.

52. The '556 Patent is titled, "Communication channel calibration for drift conditions." The '556 Patent lawfully issued on April 8, 2014, and stems from U.S. Patent Application No. 13/846,413, which was filed on March 18, 2013.

53. The '279 Patent is titled, "Memory controller with clock-to-strobe skew compensation." The '279 Patent lawfully issued on September 6, 2016, and stems from U.S. Patent Application No. 14/951,190 which was filed on November 24, 2015.

54. The '379 Patent is titled, "Memory controller for micro-threaded memory operations." The '379 Patent lawfully issued on June 25, 2019, and stems from U.S. Patent Application No. 15/486,068, which was filed on April 12, 2017.

55. The '344 Patent is titled, "Periodic calibration for communication channels by drift tracking." The '344 Patent lawfully issued on Dec. 31, 2019, and stems from U.S. Patent Application No. 16/393,817, which was filed on April 24, 2019.

56. The '743 Patent is titled, "Strobe-offset control circuit." The '743 Patent lawfully issued on January 10, 2023, and stems from U.S. Patent Application No. 16/840,858.

57. K.Mizra has complied with the requirements of 35 U.S.C. § 287, to the extent necessary and/or applicable, and is entitled to collect pre- and post-filing damages for Defendants' infringements of the Asserted Patents.

58. The claims of the Asserted Patents are directed to patent eligible subject matter under 35 U.S.C. § 101. They are not directed to an abstract idea, and the technologies covered by the claims comprise systems and/or consist of ordered combinations of features and functions that,

at the time of invention, were not, alone or in combination, well-understood, routine, or conventional.

## DEFENDANTS' KNOWLEDGE OF THEIR INFRINGEMENT

59.     K.Mizra's predecessor-in-interest of the Asserted Patents, Rambus, presented its patents to NXP at least around May 22, 2018 and August 31, 2018, identifying the patent families including the Asserted Patents, specifically listing at least the '887 Patent, the '556 Patent, and the '279 Patent, identifying specific covered NXP products for each patent and patent family, and further including claim charts demonstrating infringement by NXP products. In addition, K.Mizra sent letters to NXP, one to NXP's Chief IP Officer and another to NXP's General Counsel, around June 7, 2024, identifying NXP's infringement of exemplary patents from the patent families of the Asserted Patents, specifically including the '887 Patent, '556 Patent, '279 Patent, and '379 Patent, for exemplary accused product categories along with example claim charts.

60.     The Accused Products addressed in the Counts below include, but are not limited to, the exemplary products identified in Rambus' and K.Mizra's communications with NXP. NXP's past and continuing sales of the Accused Products (i) willfully infringe the Asserted Patents, and (ii) impermissibly usurp the significant benefits of K.Mizra's patented technologies without fairly compensating K.Mizra.

61.     At an absolute minimum, NXP had knowledge of their infringement of the Asserted Patents by the filing of this complaint.

## COUNT I

### (INFRINGEMENT OF U.S. PATENT NO. 8,183,887)

62.     Plaintiff incorporates the preceding paragraphs herein by reference.

63.     This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, et seq.

64. K.Mizra is the owner of all substantial rights, title, and interest in and to the '887 Patent including the right to exclude others and to enforce, sue, and recover damages for past and future infringements.

65. The '887 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on May 22, 2012, after full and fair examination.

66. NXP has and continues to directly and/or indirectly infringe (by inducing infringement) one or more claims of the '887 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, NXP products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '887 Patent, including, but not limited to, the NXP's processors having a PCIe 3.0 or later interface, including NXP's Layerscape Processors such as the LX2162A Processor (collectively, the "'887 Accused Products").

### *Direct Infringement (35 U.S.C. § 271(a))*

67. NXP has directly infringed and continues to directly infringe one or more claims of the '887 Patent in this District and elsewhere in Texas and the United States.

68. NXP has directly infringed and continue to directly infringe, at least claim 19 of the '887 Patent[1] as set forth under 35 U.S.C. § 271(a) by making, using, offering for sale, selling, and/or importing the '887 Accused Products.

---

[1] Throughout this Complaint, wherever K.Mizra identifies specific claims of the Asserted Patents as infringed, K.Mizra expressly reserves the right to identify additional claims and products in its infringement contentions in accordance with applicable local rules and the Court's case management order. Specifically identified claims throughout this Complaint are provided for notice pleading only.

69.     By way of illustration only, the '887 Accused Products meet each and every element of claim 19 of the '887 Patent. The '887 Accused Products comprise an apparatus that is processor with a PCIe interface. For example, the LX2162A Processor includes a PCIe interface as shown below.





(https://www.nxp.com/webapp/Download?colCode=LX2162ARM (Pg.: 18, 19, 20, 26))

70.     The '887 Accused Products that comprise an apparatus with a PCIe interface, such as for example the LX2162A Processor, support PCIe 3.0 and perform link training as specified in the PCIe base specification:

### 4.2.4.    Link Initialization and Training

Source: https://qjdxmy.com/download/pcie-base-spec.pdf (Pg.: 226)

**Backchannel Basics**

Backchannel capability, also called "link training" in the context of serial links, is the ability of the serial link receiver (RX) to automatically tune the equalization settings of the serial link transmitter (TX) to optimize signal integrity (SI) and bit error rate (BER). This capability exists in popular serial link standards such as InfiniBand, Fibre Channel, SAS, 10GBASE-KR, and PCI Express® Gen 3 and 4 [1], [2]. Backchannel training enables the equalization settings of the RX and TX to be optimized in combination. This produces better BER margins than just the TX or RX being optimized individually, which is critical as margins tighten up at higher data rates. This also enables simulation to better mimic the behavior of the actual hardware, and enables engineers to make better design decisions based on their simulation results.

In hardware, the TX and RX enter a training mode in which the TX is open to suggestion from the RX as to how to adjust its feed forward equalization (FFE) settings.

Source: https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/ic-package-design-analysis/backchannel-modeling-wp.pdf (Pg.: 01)

71.     The '887 Accused Products comprise a set of drivers to transmit a digital sequence to a receiver, each driver controlled in association with one of a plurality of taps. For example, the '887 Accused Products, such as for example the LX2162A Processor, support PCIe 3.0 which defines feed forward equalization (FFE) of transmitter voltage levels and equalization rations. The FFE is configured with several boost drivers:



PCI EXPRESS BASE SPECIFICATION, REV. 3.0

De-emphasis = $20\log_{10}$ Vb/Va
Preshoot = $20\log_{10}$ Vc/Vb
Boost = $20\log_{10}$ Vd/Vb

A-0813

**Figure 4-42: Definition of Tx Voltage Levels and Equalization Ratios**

(https://qjdxmy.com/download/pcie-base-spec.pdf (Pg.: 336))

In hardware, the TX and RX enter a training mode in which the TX is open to suggestion from the RX as to how to adjust its feed forward equalization (FFE) settings.

FFE is configured with several "taps", or boost drivers, that help to emphasize the high frequency (or de-emphasize the low frequency) aspects of the transmitted signal. These taps have coefficients to control their drive strength, and these coefficients have practical limits that must be observed.

(https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/ic-package-design-analysis/backchannel-modeling-wp.pdf (Pg.: 01, 02))

72.    Furthermore, the '887 Accused Products, such as for example the LX2162A Processor, include SerDes transmitter that implements feed forward equalization (FFE) circuit and includes several drivers:

### 1.3  Transmit equalization

For CAUI-4, the LX216xA SerDes transmitter implements a 3-tap feed forward equalization (FFE) circuit to compensate for the frequency-dependent loss of the channel and to facilitate data recovery at the receiver. The pre-cursor c(-1), main cursor c(0), and post-cursor c(1) are available to help shape the data stream. A functional model of a 3-tap transmit equalizer can be found in Figure 83D-4 of *IEEE 802.3-2018* [1].



(https://www.nxp.com/docs/en/application-note/AN12950.pdf (Pg.: 02, 03))

FFE is configured with several "taps", or boost drivers, that help to emphasize the high frequency (or de-emphasize the low frequency) aspects of the transmitted signal. These taps have coefficients to control their drive strength, and these coefficients have practical limits that must be observed.

(https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/ic-package-design-analysis/backchannel-modeling-wp.pdf  (Pg.: 02))

73.    Furthermore, the '887 Accused Products, such as for example the LX2162A Processor, transmit a pattern via the SerDes transmitter to the connected devices:

### 1.3  Transmit equalization

For CAUI-4, the LX216xA SerDes transmitter implements a 3-tap feed forward equalization (FFE) circuit to compensate for the frequency-dependent loss of the channel and to facilitate data recovery at the receiver. The pre-cursor $c(-1)$, main cursor $c(0)$, and post-cursor $c(1)$ are available to help shape the data stream. A functional model of a 3-tap transmit equalizer can be found in Figure 83D-4 of *IEEE 802.3-2018* [1].



### 2.2.1  Transmitter equalization tuning

The following steps show an example of LX216xA transmit equalization tuning by utilizing the QCVS SerDes tool. The LX216x transmit pre- and post-cursor parameters are adjusted, and a pattern is transmitted to the connected device. If the pre- and post-cursor combination results in link instability or a high bit error rate on the receiver, this indicates non-optimal equalization settings and further adjustments are needed.

Since the LX216xA's receiver is adaptive, tuning the connected device's transmitter equalization settings is recommended to ensure good signal integrity for proper operation. Whether the LX216xA is connected to a retimer, an FPGA, or another LX216xA device, transmit equalization tuning of the link partner is required.

(https://www.nxp.com/docs/en/application-note/AN12950.pdf (Pg.: 02, 03, 08, 13))

74.    Furthermore, the '887 Accused Products, such as for example the LX2162A Processor, send a test pattern by via the SerDes transmitter to a receiver during backchannel training or link training or link equalization as defined in the PCIe base specification. The test patterns or training sequences are digital sequences sent by the transmitter to the receiver connected to the transmitter.

FFE is configured with several "taps", or boost drivers, that help to emphasize the high frequency (or de-emphasize the low frequency) aspects of the transmitted signal. These taps have coefficients to control their drive strength, and these coefficients have practical limits that must be observed.

During backchannel training, the TX sends a test pattern to the RX. The RX then evaluates the signal quality of the transmitted signals, and communicates back through the physical channel (*i.e.*, backchannel) to the TX, telling it how to adjust its FFE settings. The settings are adjusted, a new pattern sent to the RX for evaluation, and the process continues until either the RX is satisfied with the signal quality, or the time or cycle limit is reached for the training process. When the TX FFE settings are locked in, then the actual data transmission occurs. This process is illustrated in the figure below.



*Figure 2: Backchannel process*

(https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/ic-package-design-analysis/backchannel-modeling-wp.pdf  (Pg.: 01, 02))

### 4.2.4.1.   *Training Sequences*

Training sequences are composed of Ordered Sets used for initializing bit alignment, Symbol alignment and to exchange Physical Layer parameters.  When the data rate is 2.5 GT/s or 5.0 GT/s, training sequence Ordered Sets are never scrambled but are always 8b/10b encoded.  When the data rate is 8.0 GT/s or higher, the 128b/130b encoding is used and Symbols may or may not be scrambled, according to the rules in Section 4.2.2.4.

Training sequences (TS1 or TS2) are transmitted consecutively and can only be interrupted by SKP Ordered Sets (see Section 4.2.7) or EIEOSs in data rates other than 2.5 GT/s (see below).  When 8.0 GT/s data rate is supported, a TS1 (or TS2) Ordered Set using 8b/10b encoding (i.e., 2.5 or 5.0 GT/s data rate) can be either a standard TS1 (or TS2) Ordered Set (i.e., Symbol 6 is D10.2 for a TS1 Ordered Set or D5.2 for a TS2 Ordered Set) or an EQ TS1 (or EQ TS2) (i.e., Symbol 6 bit 7 is 1b).  The ability to transmit EQ TS1 Ordered Sets is implementation-specific.  Ports supporting 8.0 GT/s data rate must accept either TS1 (or TS2) type in the LTSSM states unless explicitly

Reserved bits in TS1 and TS2 Ordered Sets must be handled as follows:

❑  The Transmitter must transmit 0s for Reserved bits.

(https://qjdxmy.com/download/pcie-base-spec.pdf (Pg.: 226, 227))

75. Furthermore, in the '887 Accused Products, such as for example the LX2162A Processor, each boost driver has drive strength that is controlled by the taps ($v\_in_{n+1}$, $v\_in_n$ and $v\_in_{n-1}$) having coefficients or tap weights $c_{+1}$, $c_0$ and $c_{-1}$ respectively.



**Figure 4-41: Tx Equalization FIR Representation**

(https://qjdxmy.com/download/pcie-base-spec.pdf (Pg.: 335))

## Drive Strength

The drive strength of a given driver is a measurement of how much current the driver launches on a given load. It can also determine the largest load that can be driven at a certain speed, without affecting the integrity of the transmitted signal. In other words, a stronger driver is able to drive larger loads and longer transmission lines.

(https://cdrdv2-public.intel.com/654449/an476.pdf (Pg.: 03))

FFE is configured with several "taps", or boost drivers, that help to emphasize the high frequency (or de-emphasize the low frequency) aspects of the transmitted signal. These taps have coefficients to control their drive strength, and these coefficients have practical limits that must be observed.

(https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/ic-package-design-analysis/backchannel-modeling-wp.pdf (Pg.: 02))

76. The '887 Accused Products comprise an update circuit to update a tap weight associated with at least one of the plurality of taps responsive to feedback from the receiver, the

feedback representing a setting for the at least one of the plurality of taps, the feedback adjusted to compensate for a target signal level. For example, the '887 Accused Products, such as for example the LX2162A Processor, comprise a 3-tap feed forward equalization circuit to update tap weights ($c_{-1}$, $c_0$ and $c_{-1}$) associated with their respective tap, i.e. $v\_in_{n-1}$, $v\_in_n$ and $v\_in_{n+1}$. These tap weights or coefficients updated by the FFE circuit help in shaping the data stream and compensate for target data signal and frequency dependent losses.



### 1.3 Transmit equalization

For CAUI-4, the LX216xA SerDes transmitter implements a 3-tap feed forward equalization (FFE) circuit to compensate for the frequency-dependent loss of the channel and to facilitate data recovery at the receiver. The pre-cursor c(-1), main cursor c(0), and post-cursor c(1) are available to help shape the data stream. A functional model of a 3-tap transmit equalizer can be found in Figure 83D-4 of *IEEE 802.3-2018* [1].

$$v\_out_n = (v\_in_{n+1} \cdot c_{-1}) + (v\_in_n \cdot c_0) + (v\_in_{n-1} \cdot c_{+1})$$
$$|c_{-1}| + |c_0| + |c_{+1}| = 1 \quad c_{+1} \le 0 \quad c_{-1} \le 0$$

**Figure 4-41: Tx Equalization FIR Representation**

(https://qjdxmy.com/download/pcie-base-spec.pdf (Pg.: 335))



*With Equalization*

(https://www.nxp.com/docs/en/application-note/AN12950.pdf (Pg.: 02, 03))

77.     Furthermore, in the '887 Accused Products, such as for example the LX2162A Processor, the tap weights (coefficients) are updated (controllable) via messaging (feedback) from the receiver or upstream port. The receiver evaluates the coefficients (tap weights) settings and sends other settings to the transmitter until a best setting is achieved and the Accused Products update the tap weights accordingly.

### 4.3.3.5.1.  8.0 GT/s Transmitter Equalization

An 8.0 GT/s transmitter shall implement a coefficient-based equalization mode in order to support fine grained control over Tx equalization resolution.  Additionally, a transmitter shall support a specified number of presets that give a coarser control over Tx equalization resolution. Both coefficient space and preset space are controllable via messaging from the receiver via an equalization procedure.  The equalization procedure operates on the same physical path as normal signaling and is implemented via extensions to the existing protocol link layer.

### 4.2.3.    Link Equalization Procedure for 8.0 GT/s Data Rate

Phase 2: In this Phase the Upstream Port adjusts the Transmitter setting of the Downstream Port along with its own Receiver setting, independently, on each Lane, to ensure it receives the bit stream compliant with the requirements in Section 4.3 (e.g., all operational Downstream Lanes have a BER is less than $10^{-12}$).  The Downstream Port initiates the move to Phase 2 by transmitting TS1 Ordered Sets with EC=10b to the Upstream Port. The Downstream Port advertises the Transmitter coefficients and the preset it is using per the rules below in Phase 1 for preset only and in Phase 2 for preset and coefficients. The Upstream Port  receives these Ordered Sets and may request different coefficient or preset settings and continue to evaluate each setting until it arrives at the best setting for operating the Downstream Lanes. After the Upstream Port  has completed this Phase, it moves the Link to Phase 3 by transmitting TS1 Ordered Sets with EC=11b to the Downstream Port.

(Source: https://qjdxmy.com/download/pcie-base-spec.pdf (Pg.: 221, 334))

78.     Furthermore, in the '887 Accused Products, such as for example the LX2162A Processor, the receiver recommends (or feeds back) some equalization (EQ) settings to the transmitter based on the backchannel or link training process of PCIe. The Accused Products, such as for example the LX2162A Processor, adjust the EQ settings based on the recommendation for better signal quality to achieve a desired level of data transmission signals. The tap weights or coefficients $c_{-1}$ , $c_0$ and $c_{-1}$ are updated based on the feedback and requirements of the receiver. If

the coefficients are not suitable, then the receiver sends further equalization settings and further adjustments are made to compensate for a target signal level. The $v\_out_n$ target signal is adjusted by updating the coefficients.

During backchannel training, the TX sends a test pattern to the RX. The RX then evaluates the signal quality of the transmitted signals, and communicates back through the physical channel (*i.e.*, backchannel) to the TX, telling it how to adjust its FFE settings. The settings are adjusted, a new pattern sent to the RX for evaluation, and the process continues until either the RX is satisfied with the signal quality, or the time or cycle limit is reached for the training process. When the TX FFE settings are locked in, then the actual data transmission occurs. This process is illustrated in the figure below.



*Figure 2: Backchannel process*

(https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/ic-package-design-analysis/backchannel-modeling-wp.pdf (Pg.: 02))

### 2.2.1  Transmitter equalization tuning

The goal of the transmit equalization tuning is to identify the optimal settings as per the requirements of the link partner's receiver and meet the required system bit error rate. Tuning requires sweeping of the pre- and post-cursor coefficients discussed in Important parameters, registers, and bits for transmit link optimization.

The following steps show an example of LX216xA transmit equalization tuning by utilizing the QCVS SerDes tool. The LX216x transmit pre- and post-cursor parameters are adjusted, and a pattern is transmitted to the connected device. If the pre- and post-cursor combination results in link instability or a high bit error rate on the receiver, this indicates non-optimal equalization settings and further adjustments are needed.

(https://www.nxp.com/docs/en/application-note/AN12950.pdf (Pg.: 13))



$$v\_out_n = (v\_in_{n+1}*c_{-1}) + (v\_in_n*c_0) + (v\_in_{n-1}*c_{+1})$$
$$|c_{-1}| + |c_0| + |c_{+1}| = 1 \quad c_{+1} \leq 0 \quad c_{-1} \leq 0$$

A-0812

**Figure 4-41: Tx Equalization FIR Representation**

(https://qjdxmy.com/download/pcie-base-spec.pdf (Pg.: 335))

79.    Thus, at least for the above reasons, the '887 Accused Products meet all of the limitations of claim 19.

### *Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

80.    In addition and/or in the alternative to their direct infringement, NXP has indirectly infringed and continues to indirectly infringe one or more claims of the '887 Patent by knowingly and intentionally inducing others, including their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the '887 Accused Products.

81.    At a minimum, NXP had knowledge of the '887 Patent since at least 2018, when Rambus presented claim charts demonstrating infringement by NXP products as well as before the filing of the original complaint via the correspondence from K.Mizra discussed above, and via the filing of this complaint. Since receiving notice of their infringement, NXP has actively induced the direct infringement of their subsidiaries, distributors, affiliates, retailers, suppliers, integrators,

30

importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '887 Patent. Indeed, NXP has intended to cause, continues to intend to cause, and has taken, and continues to take affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the '887 Accused Products; creating and/or maintaining established distribution channels for the '887 Accused Products into and within the United States; manufacturing the '887 Accused Products in conformity with U.S. laws and regulations; providing technical documentation for the '887 Accused Products, including data sheets, fact sheets, reference manuals, application notes, design files, training support along with descriptions of the features and technologies,[2] as well as product finders including a product selector, product advisor, cross reference, and design adviser;[3] promoting the incorporation of the '887 Accused Products into end-user products.

### *Damages*

82.     On information and belief, despite having knowledge of the '887 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '887 Patent, NXP has nevertheless continued their infringing conduct and disregarded an objectively high likelihood of infringement. NXP's infringing activities relative to the '887 Patent, e.g., their decision to continue infringing the '887 Patent, have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, characteristic of a pirate, and

---

[2] *See, e.g.*, https://www.nxp.com/products/LX2162A; and the documents linked therefrom.
[3] *See, e.g.*, https://www.nxp.com/products/product-finders:PRODUCT-FINDERS#/

an egregious case of misconduct beyond typical infringement such that K.Mizra is entitled to enhanced damages under 35 U.S.C. § 284 up to three times the amount found or assessed.

83. K.Mizra has been damaged as a result of NXP's infringing conduct described in this Count. NXP is, thus, liable to K.Mizra in an amount that adequately compensates K.Mizra for NXP's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT II

### (INFRINGEMENT OF U.S. PATENT NO. 8,693,556)

84. Plaintiff incorporates the preceding paragraphs herein by reference.

85. This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

86. K.Mizra is the owner of all substantial rights, title, and interest in and to the '556 Patent including the right to exclude others and to enforce, sue, and recover damages for past and future infringements.

87. The '556 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on April 8, 2014, after full and fair examination.

88. NXP has and continues to directly and/or indirectly infringe (by inducing infringement) one or more claims of the '556 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, NXP products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '556 Patent, including, but not limited to, the NXP processors having an LPDDR3 and/or LPDDR4 controller functionality, including NXP's i.MX Applications Processors and S32

Automotive Processing Platform, such as the i.MX 7Dual Applications Processor and i.MX 8M Mini Applications Processor (collectively, the "'556 Accused Products").

### *Direct Infringement (35 U.S.C. § 271(a))*

89.     NXP has directly infringed and continues to directly infringe one or more claims of the '556 Patent in this District and elsewhere in Texas and the United States.

90.     NXP has directly infringed and continues to directly infringe, at least claim 10 of the '556 Patent as set forth under 35 U.S.C. § 271(a) by making, using, offering for sale, selling, and/or importing the '556 Accused Products.

91.     By way of illustration only, the '556 Accused Products meet each and every element of claim 10 of the '556 Patent. The '556 Accused Products comprise an integrated circuit. For example, the i.MX 7Dual Applications Processor comprises an integrated circuit.

92.     The '556 Accused Products comprise an interface for a communication channel. For example, the NXP i.MX 7Dual Applications Processor includes a DDR Memory Controller (DDRMC) for controlling the LPDDR3 SDRAM including a 32-bit DRAM interface for connecting the DDRMC to an LPDDR3 memory device for communication between the controller and LPDDR3 memory.

### 1.4.7   External Memory Interface

The external memory interfaces supported on this chip include:
- DRAM
  - 16/32-bit DDR3 up to 533MHz clock (1066MT/s)
  - 16/32-bit DDR3L up to 533MHz clock (1066MT/s)
  - 32-bit LP-DDR2 up to 533MHz clock (1066MT/s)
  - 32-bit LP-DDR3 up to 533MHz clock (1066MT/s)

## 9.2.1   Introduction

The DDR Memory Controller (DDRMC) combined with DFI-compatible PHY is a complete memory interface solution for DDR memory subsystems. The DDRMC is a flexible and advanced solution for ASIC and System-on-Chip (SoC) designers who need very low power while achieving industry leading high-efficiency, low- latency and high-performance from their memory interface.

Supported SDRAM types include:
- DDR3
- LPDDR2
- LPDDR3



The external memory interfaces supported on this chip include:
- DRAM
  - 16/32-bit DDR3 up to 533MHz clock (1066MT/s)
  - 16/32-bit DDR3L up to 533MHz clock (1066MT/s)
  - 32-bit LP-DDR2 up to 533MHz clock (1066MT/s)
  - 32-bit LP-DDR3 up to 533MHz clock (1066MT/s)

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 226, ,232, 2182)

93.     The '556 Accused Products comprise logic to apply a parameter associated with transmission of data on the communication channel. For example, the NXP i.MX 7Dual Applications Processor includes a DDR Memory Controller (DDRMC) for controlling the

LPDDR3 SDRAM which incorporates logic to align the clock signals with the data strobe signals, ensuring compensation for skew. For example, the DDRMC outputs data strobe signals, DQS0_t and DQS0_c to the attached LPDDR3 SDRAM, using pins DRAM_SDQS0_P and DRAM_SDQS0_N, and outputs clock signal CK_t, CK_c using pins DRAM_SDCLK0 and DRAM_SDCLK0_N. The controller consists of logic with pins which applies a parameter, for example the clock to data strobe signal relationship such as tDQSS, through the DQS and CK signals output by these pins. These signals are output along with the write data (i.e., DQ signal) sent using the DQ (DRAM_DATA) pins.

The i.MX 7Dual family of processors represents NXP's latest achievement in high-performance processing for low-power requirements with a high degree of functional integration. These processors are targeted towards the growing market of connected and portable devices.

The i.MX 7Dual family of processors features advanced implementation of the Arm® Cortex®-A7 core, which operates at speeds of up to 1 GHz and 1.2 GHz, depending on the part number. The i.MX 7Dual family provides up to 32-bit DDR3/DDR3L/LPDDR2/LPDDR3-1066 memory interface and a number of other interfaces for connecting peripherals, such as WLAN, Bluetooth, GPS, displays, and camera sensors.

(https://www.nxp.com/docs/en/data-sheet/IMX7DCEC.pdf (Pg.: 01))

## 9.2   DDR Controller (DDRC)

### 9.2.1   Introduction

The DDR Memory Controller (DDRMC) combined with DFI-compatible PHY is a complete memory interface solution for DDR memory subsystems. The DDRMC is a flexible and advanced solution for ASIC and System-on-Chip (SoC) designers who need very low power while achieving industry leading high-efficiency, low- latency and high-performance from their memory interface.

Supported SDRAM types include:
- DDR3
- LPDDR2
- LPDDR3



(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 232, 2182)

## 8.1   External Signals and Pin Multiplexing

### 8.1.1   Overview

The chip contains a limited number of pins, most of which have multiple signal options. These signal-to-pin and pin-to-signal options are selected by the input-output multiplexer called IOMUX. The IOMUX is also used to configure other pin characteristics, such as voltage level, drive strength, and hysteresis.

| Port | Pad | Mode |
|------|-----|------|
| DRAM_SDCLK0 | DRAM_SDCLK0_P | No muxing (ALT0) |
| DRAM_SDCLK0_N | DRAM_SDCLK0_N | No muxing (ALT0) |
| DRAM_SDQS0_P | DRAM_SDQS0_P | No muxing (ALT0) |
| DRAM_SDQS0_N | DRAM_SDQS0_N | No muxing (ALT0) |

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 1505, 1525, 1526)

| Name | Type | Description |
|------|------|-------------|
| CK_t, CK_c | Input | **Clock:** CK_t and CK_c are differential clock inputs. All Double Data Rate (DDR) CA inputs are sampled on both positive and negative edge of CK_t. Single Data Rate (SDR) inputs, CS_n and CKE, are sampled at the positive Clock edge. Clock is defined as the differential pair, CK_t and CK_c. The positive Clock edge is defined by the crosspoint of a rising CK_t and a falling CK_c. The negative Clock edge is defined by the crosspoint of a falling CK_t and a rising CK_c. |
| DQS0_t, DQS0_c, DQS1_t, DQS1_c | I/O | **Data Strobe (Bi-directional, Differential):** The data strobe is bi-directional (used for read and write data) and differential (DQS_t and DQS_c). It is output with read data and input with write data. DQS_t is edge-aligned to read data and centered with write data. |

The memory controller uses the write leveling feature to receive feedback from the SDRAM allowing it to adjust the clock to data strobe signal relationship for each DQS_t/DQS_c signal pair. The memory controller performing the leveling must have adjustable delay setting on DQS_t/DQS_c signal pair to align the rising edge of DQS signals with that of the clock signal at the DRAM pin. The DRAM asynchronously feeds back CLK, sampled with the rising edge

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 13, 62))



#### 9.3.2.2.1 Write path

Data I/F block generates data, mask and strobe signals to interface memory for memory write transaction. DQs are 8-bit width data signals, DM is data mask signal and DQS is strobe signal. Therefore, to interface 32-bit memory, 4 data slices are required.

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 232, 2346)

The memory controller uses the write leveling feature to receive feedback from the SDRAM allowing it to adjust the clock to data strobe signal relationship for each DQS_t/DQS_c signal pair. The memory controller performing the



(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 37, 62))

94.    The '556 Accused Products comprise logic to process a calibration sequence to establish an operation value that represents the parameter, and to transmit or receive data in accordance with the operation value. For example, the NXP i.MX 7Dual Applications Processor includes a DDR Memory Controller (DDRMC) that includes logic to process the calibration sequence to establish the operation value of the clock to data strobe offset parameter discussed in the preceding paragraph. This includes logic to process the calibration sequence that includes, e.g., the controller sampling the feedback information sent by the DRAM relating to its sampling of the clock input with the rising edge of DQS and then either incrementing or decrementing the DQS_t and/or DQS_c delay settings, launching the next DQS/DQS# pulse, to calibrate the clock to strobe signal relationship parameter such as, tDQSS, which is then used for write operations to transmit data.

### 9.3.3.4    Training Procedure | 9.3.3.4.1    WRITE LEVELING

Write Leveling compensates for the additional flight time skew delay introduced by the package, board and on- chip with respect to strobe(= DQS) and clock.Write Leveling can support 1 rank only (CS[0] or CS[1]), so CK and DQS delay at each rank should be same as possile to support two ranks. For example, CK delay at rank0 and rank1 should be designed to be same on package / board.

### 9.2    DDR Controller (DDRC)

### 9.3.3.4.1.1    H/W write leveling

- Memory Controller should configure Memory (DDR3, LPDDR3) in Write Level mode.
    - Set "cmd_default[8:7] = 2'b11" (LPDDR_CON4[8:7]) to enable "ODT[1:0]" signals during Write Leveling.
- Configure PHY in Write Level mode.
    - Enable "wrlvl_mode" in PHY_CON0[16].
- Start Write Leveling by setting "wrlvl_start = 1'b1" (= PHY_CON3[16])
- Wait until "wrlvl_resp = 1'b1" (= PHY_CON3[24])
- Finish Write Leveling by setting "wrlvl_start = 1'b0" (= PHY_CON3[16])

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2182, 2356))

### 4.11.4  Mode Register Write - WR Leveling Mode

In order to provide for improved signal integrity performance, the LPDDR3 SDRAM provides a write leveling feature to compensate for timing skew, affecting timing parameters such as $t_{DQSS}$, $t_{DSS}$, and $t_{DSH}$.

The memory controller uses the write leveling feature to receive feedback from the SDRAM allowing it to adjust the clock to data strobe signal relationship for each DQS_t/DQS_c signal pair. The memory controller performing the leveling must have adjustable delay setting on DQS_t/DQS_c signal pair to align the rising edge of DQS signals with that of the clock signal at the DRAM pin. The DRAM asynchronously feeds back CLK, sampled with the rising edge of DQS signals. The controller repeatedly delays DQS signals until a transition from 0 to 1 is detected. The DQS signals delay established through this exercise ensures the $t_{DQSS}$ specification can be met.

All DQS signals may have to be leveled independantly. During Write Leveling operations each DQS signal latches the clock with a rising strobe edge and drives the result on all DQ[$n$] of its respective byte.

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 62))

### 4.5    Burst Write Operations (cont'd)



(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 37))

39

**4.5    Burst Write Operation**

The burst WRITE command is initiated with CS_n LOW, CA0 HIGH, CA1 LOW, and CA2 LOW at the rising edge of the clock. The command address bus inputs, CA5r–CA6r and CA1f–CA9f, determine the starting column address for the burst. Write latency (WL) is defined from the rising edge of the clock on which the WRITE command is issued to the rising edge of the clock from which the $t_{DOSS}$ delay is measured. The first valid data must be driven WL $\times t_{CK} + t_{DOSS}$ from the rising edge of the clock from which the WRITE command is issued. The data strobe signal (DQS) must be driven for time $t_{WPRE}$ as shown in Figure 17 prior to data input. The burst cycle data bits must be applied to the DQ pins $t_{DS}$ prior to the associated edge of the DQS and held valid until $t_{DH}$ after that edge. Burst data is sampled on successive edges of the DQS until the 8-bit burst length is completed. After a burst WRITE operation, $t_{WR}$ must be satisfied before a PRECHARGE command to the same bank can be issued. Pin input timings are measured relative to the crosspoint of DQS_t and its complement, DQS_c.

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 36))

95.     The '556 Accused Products comprise logic to determine adjustment information for the parameter, interspersed with said transmission or reception of data on the communication channel. Upon information and belief, write leveling is performed from time to time, interspersed with data transmission on the LPDDR3 channel, to account for temperature and voltage drift. LPDDR3 devices are subject to temperature drift rate (Tdriftrate) and voltage drift rate (Vdriftrate) in various applications. Upon information and belief, the memory controller in the integrated circuit includes logic to determine whether an adjustment of the operational value is necessary and to determine the amount of adjustment needed.

**9.3.3.4    Training Procedure** | **9.3.3.4.1    WRITE LEVELING**

Write Leveling compensates for the additional flight time skew delay introduced by the package, board and on- chip with respect to strobe(= DQS) and clock.Write Leveling can support 1 rank only (CS[0] or CS[1]), so CK and DQS delay at each rank should be same as possibe to support two ranks. For example, CK delay at rank0 and rank1 should be designed to be same on package / board.

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2356))

LPDDR3 devices are subject to temperature drift rate ($T_{driftrate}$) and voltage drift rate ($V_{driftrate}$) in various applications. To accommodate drift rates and calculate the necessary interval between ZQCS commands, apply the

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 58))

96.    The '556 Accused Products comprise logic to adjust the operation value for the parameter using said adjustment information. For example, the NXP i.MX 7Dual Applications Processor complies with JEDEC JESD209-3B standard for LPDDR3and performs write leveling to determine the amount of adjustment needed to compensate for the skew in the clock to data strobe signal relationship (tDQSS parameter), to adjust an operation value of the parameter (e.g. the tDQSS parameter). On information and belief, the DDRMC comprises logic which adjusts the DQS delay which in turn, adjusts the operation value using the adjustment information detected from time to time, to account for temperature and voltage drift.

### 4.11.4   Mode Register Write - WR Leveling Mode

In order to provide for improved signal integrity performance, the LPDDR3 SDRAM provides a write leveling feature to compensate for timing skew, affecting timing parameters such as $t_{DQSS}$, $t_{DSS}$, and $t_{DSH}$.

The controller will drive DQS_t LOW and DQS_c HIGH after a delay of $t_{WLMRD}$. After time $t_{WLMRD}$, the controller provides DQS signal input which is used by the DRAM to sample the clock signal driven from the controller. The delay time $t_{WLMRD(max)}$ is controller dependent. The DRAM samples the clock input with the rising edge of DQS and provides asynchronous feedback on all the DQ bits after time $t_{WLO}$. The controller samples this information and either increment or decrement the DQS_t and/or DQS_c delay settings and launches the next DQS/DQS# pulse. The sample time and trigger time is controller dependent. Once the following DQS_t/DQS_c transition is sampled, the controller locks the strobe delay settings, and write leveling is achieved for the device.

LPDDR3 devices are subject to temperature drift rate ($T_{driftrate}$) and voltage drift rate ($V_{driftrate}$) in various applications. To accommodate drift rates and calculate the necessary interval between ZQCS commands, apply the

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 58, 62))

97.    NXP processors with LPDDR4 controller functionality infringe in a similar way as discussed in the preceding paragraphs via their implementation of DQS-DQ Training. *See, e.g.*, JEDEC Standard No. 209-4A at 65, 174.

98.    Thus, at least for the above reasons, the '556 Accused Products meet all of the limitations of claim 10.

### *Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

99.    In addition and/or in the alternative to their direct infringement, NXP has indirectly infringed and continues to indirectly infringe one or more claims of the '556 Patent by knowingly

and intentionally inducing others, including their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the '556 Accused Products.

100.    At a minimum, NXP had knowledge of the '556 Patent since at least 2018, when Rambus presented claim charts demonstrating infringement by NXP products as well as before the filing of the original complaint via the correspondence from K.Mizra discussed above, and via the filing of this complaint. Since receiving notice of their infringement, NXP has actively induced the direct infringement of their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '556 Patent. Indeed, NXP has intended to cause, continues to intend to cause, and has taken, and continues to take affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the '556 Accused Products; creating and/or maintaining established distribution channels for the '556 Accused Products into and within the United States; manufacturing the '556 Accused Products in conformity with U.S. laws and regulations; providing technical documentation for the '556 Accused Products, including data sheets, fact sheets, reference manuals, application notes, design files, training support along with descriptions of the features and technologies,[4] as well as product finders including a product selector, product advisor, cross reference, and design adviser;[5] promoting the incorporation of the '556 Accused Products into end-user products.

---

[4] *See, e.g.*, https://www.nxp.com/products/i.MX7D; https://www.nxp.com/products/i.MX8MMINI; and the documents linked therefrom.
[5] *See, e.g.*, https://www.nxp.com/products/product-finders:PRODUCT-FINDERS#/

***Damages***

101.    On information and belief, despite having knowledge of the '556 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '556 Patent, NXP has nevertheless continued their infringing conduct and disregarded an objectively high likelihood of infringement. NXP's infringing activities relative to the '556 Patent, e.g., their decision to continue infringing the '556 Patent, have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, characteristic of a pirate, and an egregious case of misconduct beyond typical infringement such that K.Mizra is entitled to enhanced damages under 35 U.S.C. § 284 up to three times the amount found or assessed.

102.    K.Mizra has been damaged as a result of NXP's infringing conduct described in this Count. NXP is, thus, liable to K.Mizra in an amount that adequately compensates K.Mizra for NXP's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT III

### (INFRINGEMENT OF U.S. PATENT NO. 9,437,279)

103.    Plaintiff incorporates the preceding paragraphs herein by reference.

104.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

105.    K.Mizra is the owner of all substantial rights, title, and interest in and to the '279 Patent including the right to exclude others and to enforce, sue, and recover damages for past and future infringements.

106.    The '279 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on September 6, 2016, after full and fair examination.

107.    NXP has and continues to directly and/or indirectly infringe (by inducing infringement) one or more claims of the '279 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, NXP products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '279 Patent, including, but not limited to, NXP processors having DDR3, DDR4, DDR5, and/or LPDDR3 controller functionality, including NXP's iMX Applications Processors and QorIQ® processors, such as the i.MX53 Multimedia Processor (collectively, the "'279 Accused Products").

### *Direct Infringement (35 U.S.C. § 271(a))*

108.    NXP has directly infringed and continues to directly infringe one or more claims of the '279 Patent in this District and elsewhere in Texas and the United States.

109.    NXP has directly infringed and continues to directly infringe, at least claim 11 of the '279 Patent as set forth under 35 U.S.C. § 271(a) by making, using, offering for sale, selling, and/or importing the '279 Accused Products.

110.    By way of illustration only, the '279 Accused Products meet each and every element of claim 11 of the '279 Patent. The '279 Accused Products comprise a memory controller integrated circuit (IC). For example, the i.MX53 Multimedia Processor comprises a memory controller integrated circuit (IC) that includes memory controller ESDCTL that supports DDR3.



Processor

i.MX53 1 GHz Cortex-A8 Processor

Source:
https://static6.arrow.com/aropdfconversion/abf3e5
1af92f09b40cccd3b5ff679edf12b290da/975107387
635249imx53rqkstrtfs.pdffromsiteko.pdffromsiteko.
pdf (Pg.: 01, 02)

## 3.1    External DDR

The Enhanced DRAM Controller (eSDCTL) is a sub-block of the EMI which contains all the necessary logic to communicate with external DDR memory.   The following are the key differences or improvements implemented on i.MX53:

Source: https://www.nxp.com/docs/en/application-note/AN4271.pdf (Pg.: 04)

### 4.4.2    DDR Output Driver Average Impedance

The DDR2/LVDDR2 interface fully complies with JESD79-2E DDR2 JEDEC standard release April, 2008. The DDR3 interface fully complies with JESD79-3D DDR3 JEDEC standard release April, 2008.

(https://www.nxp.com/docs/en/data-sheet/IMX53IEC.pdf (Pg.: 34)

111.    The '279 Accused Products comprise first timing circuitry to outputting a first timing signal to a memory IC via a first timing signal line. For example, the '279 Accused Products, including for example the i.MX53 Multimedia Processor, support DDR3. The i.MX53 processor includes ESDCTL memory controller that outputs CK-CK# clock signals (first timing signals) to DDR3 SDRAM memory device (memory IC). The clock signals are sent by the controller in the i.MX53 processor via the DRAM_SDCLK_0 and DRAM_SDCLK_0_B pins (first timing circuitry). The clock signals can also be sent through DRAM_SDCLK_1 and DRAM_SDCLK_1_B. The DDR3 SDRAM clock pins (CK and CK-bar) is connected to these pins to receive the clock signals via their respective connections (first timing signal line).



(https://www.nxp.com/docs/en/user-guide/MX53UG.pdf (Pgs.: 5-1, 5-4))

## 2 DDR3 SDRAM Package Pinout and Addressing (Cont'd)

CK, CK#  Clock: CK and CK# are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK and negative edge of CK#.

( https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 13))

112.    The '279 Accused Products comprise calibration circuitry to perform a timing calibration operation, including circuitry to: output a sequence of differently delayed calibration data timing signals to the memory IC via a second timing signal line. For example, the DDR3 specification indicates that the '279 Accused Products, such as the i.MX53 Multimedia Processor, support write leveling. Write leveling is a timing calibration operation performed by PHY circuitry ("calibration circuitry") in the ESDCTL ("a memory controller") to compensate the timing difference (or delay) between the DQS signals and the CLK signals sent to the DDR3 SDRAM (a memory device). The ESDCTL controller sends multiple differently delayed DQS-DQS# signals (differently delayed calibration data timing signals) to the DDR3 SDRAM (memory IC) one-by-one (in a sequence) via a pin responsible for sending DQS-DQS# signals. The ESDCTL controller in the NXP i.MX53 processor increments or decrements the DQS-DQS# delay setting i.e. delay value and then launches the next DQS-DQS# signal with that delay. The NXP i.MX53 processor includes DRAM_DQS pins e.g. DRAM_SDQS0, DRAM_SDQS0_B, etc. to output a sequence of

differently delayed calibration data timing signals to DDR3 SDRAM memory device. The DRAM_DQS pins are connected to the DDR3 SDRAM DQS pins (DQSL and DQSU) to receive the differently delayed DQS-DQS# signals. The connection between these pins is through a second timing signal line.

## 28.2   Overview

The ESDCTL is a configurable high performance and optimized SDRAM controller that supports DDR2, DDR3 and LPDDR2-S memories.

The ESDCTL is composed from the logic part and PHY part. The logic is responsible for the command preparation and data path while the PHY is responsible for the timing adjustment using a special calibration mechanism to ensure data capture margin at clock rate of up to 400MHz.

Source: https://www.nxp.com/docs/en/reference-manual/iMX53RM.pdf (Pg.: 1212)

**2   DDR Calibration Modes**

i.MX53 DDR interface supports the following nine calibration processes:

• Write leveling calibration—In DDR3 mode, Set DQS, DQ and DM signals of each data byte to their common timing delay relative to the DDR CLK, ADDR and Controls. This calibration is associated with the DDR3 "fly-by" board topology, as described by the JESD79-3E standard.

(https://www.nxp.com/docs/en/application-note/AN4466.pdf (Pg.: 01)



**Figure 28-1. ESDCTL Block Diagram**

the command preparation and data path while the PHY is responsible for the timing adjustment using a special calibration mechanism to ensure data capture margin at clock rate of up to 400MHz.

(https://www.nxp.com/docs/en/reference-manual/iMX53RM.pdf (Pg.: 1211, 1212))

## 11　Write Leveling

The point of write leveling is to give each set of {DQSx, DMx, DQx} its own delay, to de-skew the clock to DQS timing relationship at the DDR3 device. A proper 'fly-by' design is based on clock, address and command trace length, which is equal or greater than any of the data bytes trace lengths.

WL sequence is described in Figure 4. i.MX53 repeatedly sends single strobes on DQSx. CK is continuously sampled by DDR on DQSx rising edge and feed back the result to DQx. When CK and DQSx are unaligned, returned value is '0'. i.MX53 then adds delay to DQSx, until '1' is returned on DQx. The measured delay is then applied to the entire {DQSx, DMx, DQx} group.

After WLGCR[HW_WL_EN] bit is activated (step 6 above), the following steps are executed automatically by the ESDCTL:

1. ESDCTL enters write leveling mode, counts 25 + 15 cycles and drives the DQS pads as output while the DQ pads will remain inputs. In parallel the ESDCTL configures the write leveling delay line to "0" (WLDECTRL0[WL_DL_ABS_OFFSETx] = 0) and issues a measurement process of the write-leveling delay-line to update itself with the new value.

(https://www.nxp.com/docs/en/application-note/AN4466.pdf (Pg.: 13, 14, 17))

### 4.8　Write Leveling

For better signal integrity, the DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has benefits from reducing number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew.

The memory controller can use the 'write leveling' feature and feedback from the DDR3 SDRAM to adjust the DQS - DQS# to CK - CK# relationship. The memory controller involved in the leveling must have adjustable delay setting on DQS - DQS# to align the rising edge of DQS - DQS# with that of the clock at the DRAM pin. The DRAM asynchronously feeds back CK - CK#, sampled with the rising edge of DQS - DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to combine the actual tDQSS in the application with an appropriate duty cycle and jitter on the DQS - DQS# signals. Depending on the actual tDQSS in the application, the actual values for tDQSL and tDQSH may have to be better than the absolute limits provided in the chapter "AC Timing Parameters" in order to satisfy tDSS and tDSH specification. A conceptual timing of this scheme is shown in Figure 17.

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 42))

### 4.8.2    Procedure Description

The Memory controller initiates Leveling mode of all DRAMs by setting bit 7 of MR1 to 1. When entering write leveling mode, the DQ pins are in undefined driving mode. During write leveling mode, only NOP or

There is a DQ output uncertainty of tWLOE defined to allow mismatch on DQ bits. The tWLOE period is defined from the transition of the earliest DQ bit to the corresponding transition of the latest DQ bit. There are no read strobes (DQS/DQS#) needed for these DQs. Controller samples incoming DQ and decides to increment or decrement DQS - DQS# delay setting and launches the next DQS/DQS# pulse after some time, which is controller dependent. Once a 0 to 1 transition is detected, the controller locks DQS - DQS# delay setting and write leveling is achieved for the device. Figure 18 describes the timing diagram and parameters for the overall Write Leveling procedure.



**Figure 2 — Qual-stacked / Quad-die DDR3 SDRAM x8 rank association**

( https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 12, 43))

5. ESDCTL repeats steps 5-7 till the write leveling delay is 1 cycle.
6. ESDCTL checks the 8 bit prime DQ results for each DQS and finds the first transition from 0 to 1. If no transition is found then the ESDCTL indicates an error at WLGCR[HW_WL_ERRx].
7. ESDCTL stores the value that issues the last "0" on the prime DQ before the transition and loads it to the write leveling delay-line. The ESDCTL initiates a fine-tune process by incrementing the delay-line values by 1 step (which is 1/256 part of a cycle) till detecting the most accurate transition from 0 to 1.

(https://www.nxp.com/docs/en/application-note/AN4466.pdf (Pg.: 18))

The SDRAM controller can be interfaced with LPDDR2-S, DDR2, and DDR3 memories. The DDR controller from the i.MX53 uses the following signals to interface the memories:

• Data bus and its buffer control signals
   — DRAM_D0 – DRAM_D31.
   — DRAM_DQS0/DQS0_B - DRAM_DQS3/DQS3_B.
   — DRAM_DQM0 – DRAM_DQM3.

(https://www.nxp.com/docs/en/user-guide/MX53UG.pdf (Pg.: 5-1, 5-4))

113.    The '279 Accused Products includes circuity to identify one of the calibration data timing signals that compensates for a difference in signal propagation times over the first and second timing signal lines and select, as a write timing delay, a delay value applied to generate the identified one of the calibration data timing signals. For example, the ESDCTL in the NXP i.MX53 processor identifies one of the calibration data timing signal (DQS) by selecting best delay setting or delay value. The best delay value ensures tDQSS specification and matches the transition of the DQS-DQS# signal with the CK-CK# signal to compensate the difference in signal propagation times between the clock (CK,CK#) and Data Timing Signal (DQS, DQS#). The CK-CK# signals are sent by the controller via connection between clock pins of the i.MX53 and DDR3 SDRAM i.e. first signal line and DQS-DQS# signals are sent by the controller via connection between data strobe pins of the i.MX53 and DDR3 SDRAM i.e. second signal line. The ESDCTL in the NXP i.MX53 identifies one of the calibration data timing signal (DQS) by selecting best delay setting or delay value until 1 is returned on DQx. This ensures de-skewing of the clock to DQS timing relationship (signal propagation times). The best delay value is then applied to DQS signal. The delay value is selected as a write timing delay because it is applied to DQS signal that would be a write data timing signal during write operation. The delay value is the value of one of the delayed DQS signals that matches the 0-1 transition with the CLK signal.

defined from the transition of the earliest DQ bit to the corresponding transition of the latest DQ bit. There are no read strobes (DQS/DQS#) needed for these DQs. Controller samples incoming DQ and decides to increment or decrement DQS - DQS# delay setting and launches the next DQS/DQS# pulse after some time, which is controller dependent. Once a 0 to 1 transition is detected, the controller locks DQS - DQS# delay setting and write leveling is achieved for the device. Figure 18 describes the timing diagram and parameters for the overall Write Leveling procedure.

The memory controller can use the 'write leveling' feature and feedback from the DDR3 SDRAM to adjust the DQS - DQS# to CK - CK# relationship. The memory controller involved in the leveling must have adjustable delay setting on DQS - DQS# to align the rising edge of DQS - DQS# with that of the clock at the DRAM pin. The DRAM asynchronously feeds back CK - CK#, sampled with the rising edge of DQS - DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to combine the actual tDQSS in the application with an appropriate duty cycle and jitter on the DQS - DQS# signals. Depending on the actual tDQSS in the application, the actual values for tDQSL and tDQSH may have to be better than the absolute limits provided in the chapter "AC Timing Parameters" in order to satisfy tDSS and tDSH specification. A conceptual timing of this scheme is shown in Figure 17.

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pgs.: 42, 43))

The point of write leveling is to give each set of {DQSx, DMx, DQx} its own delay, to de-skew the clock to DQS timing relationship at the DDR3 device. A proper 'fly-by' design is based on clock, address and command trace length, which is equal or greater than any of the data bytes trace lengths.

WL sequence is described in Figure 4. i.MX53 repeatedly sends single strobes on DQSx. CK is continuously sampled by DDR on DQSx rising edge and feed back the result to DQx. When CK and DQSx are unaligned, returned value is '0'. i.MX53 then adds delay to DQSx, until '1' is returned on DQx. The measured delay is then applied to the entire {DQSx, DMx, DQx} group.

(https://www.nxp.com/docs/en/application-note/AN4466.pdf (Pg.: 14))



**Figure 4. Timing Diagram: Before and After the Write Leveling**

(https://www.nxp.com/docs/en/application-note/AN4466.pdf (Pg.: 14))

increment or decrement DQS - DQS# delay setting and launches the next DQS/DQS# pulse after some time, which is controller dependent. Once a 0 to 1 transition is detected, the controller locks DQS - DQS# delay setting and write leveling is achieved for the device. Figure 18 describes the timing diagram and parameters for the overall Write Leveling procedure.



**Figure 17 — Write Leveling Concept**

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 42, 43))

WL sequence is described in Figure 4. i.MX53 repeatedly sends single strobes on DQSx. CK is continuously sampled by DDR on DQSx rising edge and feed back the result to DQx. When CK and DQSx are unaligned, returned value is '0'. i.MX53 then adds delay to DQSx, until '1' is returned on DQx. The measured delay is then applied to the entire {DQSx, DMx, DQx} group.

8.  Upon completion of this process the ESDCTL de-asserts the WLGCR[HW_WL_EN] and updates the most accurate value of the delay-line at the associated.
    WLDECTRLx[WL_DL_ABS_OFFSETx]
9.  ESDCTL performs a measurement process (internal frc_msr) in order to load the most accurate value to the associated delay-line.

(https://www.nxp.com/docs/en/application-note/AN4466.pdf (Pg.: 14, 18))

114.    The '279 Accused Products comprise write circuitry to perform a write operation, including circuitry to: output address/control signals to be sampled by the memory IC at a time or times corresponding to one or more transitions of the first timing signal. For example, the i.MX53 processor includes ESDCTL memory controller that outputs address/control signals via pins DRAM_A0- DRAM_A15, DRAM_RAS, etc. to the DDR3 SDRAM memory device. Further, the i.MX53 processor includes DDR controller that outputs write data and write data timing signals via pins DRAM_D0-DRAM_D31 and DRAM_DQS0/DQS0_B, respectively. The DDR3

SDRAM memory device samples the address and control signals on the crossing of the positive and negative edge (one or more transitions) of CK and CK# (first timing signal) respectively.



(https://www.nxp.com/docs/en/user-guide/MX53UG.pdf (Pg.: 2-9, 5-1))

### 4.14    WRITE Operation
#### 4.14.1    DDR3 Burst Operation

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 68)



(https://www.nxp.com/docs/en/user-guide/MX53UG.pdf (Pg.: 2-9, 5-1))



(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 13))

| DRAM_A0 | M19 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[0] | Output | Low |
|---|---|---|---|---|---|---|---|---|
| DRAM_A1 | L21 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[1] | Output | Low |
| DRAM_A10 | K19 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[10] | Output | Low |
| DRAM_A11 | L22 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[11] | Output | Low |
| DRAM_A12 | L20 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[12] | Output | Low |
| DRAM_A13 | L23 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[13] | Output | Low |
| DRAM_A14 | N18 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[14] | Output | Low |
| DRAM_A15 | M18 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[15] | Output | Low |
| DRAM_A2 | M20 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_A[2] | Output | Low |
| DRAM_CAS | L18 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_CAS | Output | High |
| DRAM_RAS | J19 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_RAS | Output | High |

(https://www.nxp.com/docs/en/data-sheet/IMX53IEC.pdf (Pg.: 151, 152, 154))



- Address bus and its bank control signals
    - DRAM_A0- DRAM_A15
    - DRAM_SDBA0- DRAM_SDBA2

- Control
    - DRAM_RAS
    - DRAM_CAS
    - DRAM_SDWE
    - DRAM_RESET

(https://www.nxp.com/docs/en/user-guide/MX53UG.pdf (Pg.: 5-1))



**Figure 46 — WRITE Burst Operation WL = 5 (AL = 0, CWL = 5, BL8)**

(https://www.jedec.org/sites/default/files/docs/JESD79-3F.pdf (Pg.: 70))

54

115.    The '279 Accused Products further comprise write circuitry to perform a write operation, including circuitry to: output first write data to the memory IC in association with the address/control signals. For example, the i.MX53 processor includes write data pins like DRAM_D0 to DRAM_D31 to output write data DQ signal to DDR3 SDRAM memory device relative to the address/control signals (ADDR and Controls).

> The SDRAM controller can be interfaced with LPDDR2-S, DDR2, and DDR3 memories. The DDR controller from the i.MX53 uses the following signals to interface the memories:
>
> - Data bus and its buffer control signals
>   — DRAM_D0 – DRAM_D31.
>   — DRAM_DQS0/DQS0_B - DRAM_DQS3/DQS3_B.
>   — DRAM_DQM0 – DRAM_DQM3.

(https://www.nxp.com/docs/en/user-guide/MX53UG.pdf  (Pg.: 5-1))

| DRAM_D0 | H20 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[0] | Output | High |
|---|---|---|---|---|---|---|---|---|
| DRAM_D1 | G21 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[1] | Output | High |
| DRAM_D10 | E22 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[10] | Output | High |
| DRAM_D11 | D20 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[11] | Output | High |
| DRAM_D12 | E23 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[12] | Output | High |
| DRAM_D13 | C23 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[13] | Output | High |
| DRAM_D14 | F23 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[14] | Output | High |
| DRAM_D15 | C22 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[15] | Output | High |
| DRAM_D16 | U20 | NVCC_EMI_DRAM | DDR3 | ALT0 | EXTMC | emi_DRAM_D[16] | Output | High |

(https://www.nxp.com/docs/en/user-guide/MX53UG.pdf  (Pg.: 152, 153, 154))

> - Write leveling calibration—In DDR3 mode, Set DQS, DQ and DM signals of each data byte to their common timing delay relative to the DDR CLK, ADDR and Controls. This calibration is associated with the DDR3 "fly-by" board topology, as described by the JESD79-3E standard.

(https://www.nxp.com/docs/en/application-note/AN4466.pdf (Pg.: 01))



Figure 46 — WRITE Burst Operation WL = 5 (AL = 0, CWL = 5, BL8)

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 71))

116.    The '279 Accused Products further comprise write circuitry to perform a write operation, including circuitry to: output a write data timing signal, delayed according to the write timing delay, to the memory IC via the second timing signal line to time reception of the write data therein. For example, the ESDCTL controller in the NXP i.MX53 processor outputs DQS-DQS# (write data timing signal) delayed according to the write leveling calibration that locks the delay setting of the DQS-DQS# signal. This delay is provided to ensure tDQSS specification and 0-1 transition matching for proper write operation on the DDR3 SDRAM memory device. This ensures proper reception of the write data on the DDR3 SDRAM memory device, so as to perform write operation correctly. The DQS signal is sent to the DDR3 SDRAM memory device via connection between the DQS pins of the NXP i.MX53 and the DDR3 SDRAM i.e. second timing signal line. The write leveling calibration ensures the tDQSS specification by matching 0-1 transition or compensating the skew between the clock and DQS signal. This ensures timely reception of the write date on the DDR3 SDRAM memory device.



**4.14 WRITE Operation (Cont'd)**
**4.14.5 tWPST Calculation (Cont'd)**

NOTE 1. BL8, WL = 5; AL = 0, CWL = 5.
2. Din *n* = data-in from column *n*.
3. NOP commands are shown for ease of illustration; other commands may be valid at these times.
4. BL8 setting activated by either MR0[A1:0 = 00] or MR0[A1:0 = 01] and A12 = 1 during WRITE command at T0.

**Figure 46 — WRITE Burst Operation WL = 5 (AL = 0, CWL = 5, BL8)**

**4.14.2.3　Strobe to Strobe and Strobe to Clock Violations**

Should the strobe timing requirements (tDQSH, tDQSL, tWPRE, tWPST) or the strobe to clock timing requirements (tDSS, tDSH, tDQSS) be violated, for any of the strobe edges associated with a Write burst, then wrong data might be written to the memory location addressed with the offending WRITE command. Subsequent reads from that location might result in unpredictable read data, however the DRAM will work properly otherwise.

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 68, 71))



adjustable delay setting on DQS - DQS# to align the rising edge of DQS - DQS# with that of the clock at the DRAM pin. The DRAM asynchronously feeds back CK - CK#, sampled with the rising edge of DQS - DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to com-

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 69))

increment or decrement DQS - DQS# delay setting and launches the next DQS/DQS# pulse after some time, which is controller dependent. Once a 0 to 1 transition is detected, the controller locks DQS - DQS# delay setting and write leveling is achieved for the device. Figure 18 describes the timing diagram and parameters for the overall Write Leveling procedure.

DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to com-



**Figure 17 — Write Leveling Concept**

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 42, 43))

are unaligned, returned value is '0'. i.MX53 then adds delay to DQSx, until '1' is returned on DQx. The measured delay is then applied to the entire {DQSx, DMx, DQx} group.



**Figure 4. Timing Diagram: Before and After the Write Leveling**

(https://www.nxp.com/docs/en/application-note/AN4466.pdf (Pg.: 14, 18))

The SDRAM controller can be interfaced with LPDDR2-S, DDR2, and DDR3 memories. The DDR controller from the i.MX53 uses the following signals to interface the memories:

- Data bus and its buffer control signals
  — DRAM_D0 – DRAM_D31.
  — DRAM_DQS0/DQS0_B - DRAM_DQS3/DQS3_B.
  — DRAM_DQM0 – DRAM_DQM3.

(https://www.nxp.com/docs/en/user-guide/MX53UG.pdf (Pg.: 5-1, 5-4))

**4.8    Write Leveling**

For better signal integrity, the DDR3 memory module adopted fly-by topology for the commands, addresses, control signals, and clocks. The fly-by topology has benefits from reducing number of stubs and their length, but it also causes flight time skew between clock and strobe at every DRAM on the DIMM. This makes it difficult for the Controller to maintain tDQSS, tDSS, and tDSH specification. Therefore, the DDR3 SDRAM supports a 'write leveling' feature to allow the controller to compensate for skew.

DQS#, through the DQ bus. The controller repeatedly delays DQS - DQS# until a transition from 0 to 1 is detected. The DQS - DQS# delay established though this exercise would ensure tDQSS specification. Besides tDQSS, tDSS and tDSH specification also needs to be fulfilled. One way to achieve this is to com-

**4.14.2.3    Strobe to Strobe and Strobe to Clock Violations**

Should the strobe timing requirements (tDQSH, tDQSL, tWPRE, tWPST) or the strobe to clock timing requirements (tDSS, tDSH, tDQSS) be violated, for any of the strobe edges associated with a Write burst, then wrong data might be written to the memory location addressed with the offending WRITE command. Subsequent reads from that location might result in unpredictable read data, however the DRAM will work properly otherwise.

(https://www.jedec.org/sites/default/files/docs/JESD79-3D.pdf (Pg.: 42, 68))

117.    NXP processors that have DDR4, DDR5, LPDDR3, and/or LPDDR4 controller functionality infringe in a similar way as discussed in the preceding paragraphs via their implementation of write leveling. *See, e.g.*, JESD79-4D (DDR4) at 36-38; JESD79-5 (DDR5) at 191-192; JESD209-3C (LPDDR3) at 68; JESD209-4C (LPDDR4) adt 213-216.

118.    Thus, at least for the above reasons, the '279 Accused Products meet all of the limitations of claim 11.

### *Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

119.    In addition and/or in the alternative to their direct infringement, NXP has indirectly infringed and continues to indirectly infringe one or more claims of the '279 Patent by knowingly and intentionally inducing others, including their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the '279 Accused Products.

120.    At a minimum, NXP had knowledge of the '279 Patent since at least 2018, when Rambus presented claim charts demonstrating infringement by NXP products as well as before the filing of the original complaint via the correspondence from K.Mizra discussed above, and via the

filing of this complaint. Since receiving notice of their infringement, NXP has actively induced the direct infringement of their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '279 Patent. Indeed, NXP has intended to cause, continues to intend to cause, and has taken, and continues to take affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the '279 Accused Products; creating and/or maintaining established distribution channels for the '279 Accused Products into and within the United States; manufacturing the '279 Accused Products in conformity with U.S. laws and regulations; providing technical documentation for the '279 Accused Products, including data sheets, fact sheets, reference manuals, application notes, design files, training support along with descriptions of the features and technologies,[6] as well as product finders including a product selector, product advisor, cross reference, and design adviser;[7] promoting the incorporation of the '279 Accused Products into end-user products.

### *Damages*

121.    On information and belief, despite having knowledge of the '279 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '279 Patent, NXP has nevertheless continued their infringing conduct and disregarded an objectively high likelihood of infringement. NXP's infringing activities relative to the '279 Patent, e.g., their

---

[6] *See, e.g.*, https://www.nxp.com/design/design-center/development-boards-and-designs/i-mx-evaluation-and-development-boards/i-mx53-quick-start-board:IMX53QSB; and the documents linked therefrom.

[7] *See, e.g.*, https://www.nxp.com/products/product-finders:PRODUCT-FINDERS#/

decision to continue infringing the '279 Patent, have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, characteristic of a pirate, and an egregious case of misconduct beyond typical infringement such that K.Mizra is entitled to enhanced damages under 35 U.S.C. § 284 up to three times the amount found or assessed.

122.    K.Mizra has been damaged as a result of NXP's infringing conduct described in this Count. NXP is, thus, liable to K.Mizra in an amount that adequately compensates K.Mizra for NXP's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT IV

### (INFRINGEMENT OF U.S. PATENT NO. 10,331,379)

123.    Plaintiff incorporates the preceding paragraphs herein by reference.

124.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

125.    K.Mizra is the owner of all substantial rights, title, and interest in and to the '379 Patent including the right to exclude others and to enforce, sue, and recover damages for past and future infringements.

126.    The '379 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on June 25, 2019, after full and fair examination.

127.    NXP has and continues to directly and/or indirectly infringe (by inducing infringement) one or more claims of the '379 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, NXP products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '379 Patent, including, but not limited to, the NXP processors having DDR4

functionality, including NXP's i.MX Applications Processors and Layerscape Processors, such as the i.MX 8M Mini Applications Processor (collectively, the "'379 Accused Products").

### *Direct Infringement (35 U.S.C. § 271(a))*

128.    NXP has directly infringed and continues to directly infringe one or more claims of the '379 Patent in this District and elsewhere in Texas and the United States.

129.    NXP has directly infringed and continues to directly infringe, at least claim 1 of the '379 Patent as set forth under 35 U.S.C. § 271(a) by making, using, offering for sale, selling, and/or importing the '379 Accused Products.

130.    By way of illustration only, the '379 Accused Products meet each and every element of claim 1 of the '379 Patent. The '379 Accused Products comprise a memory controller to control a memory device, the memory device having a plurality of bank groups. For example, the i.MX 8M Mini processor includes a DDRC (Double Data Rate Controller) memory controller to manage DDR4 SDRAM memory devices which includes a plurality of bank groups accorindg to the JEDEC DDR4 standard.

## 2    Modules list

The i.MX 8M Mini family of processors contains a variety of digital and analog modules. Table 3 describes these modules in alphabetical order.

**Table 3. i.MX 8M Mini modules list**

| DDRC | Double Data Rate Controller | The DDR Controller has the following features:<br>• Supports 32/16-bit LPDDR4 (up to 1.5 GHz), DDR4-2400, and DDR3L-1600<br>• Supports up to 8 Gbyte DDR memory space |
|---|---|---|

### 3.5.1    DDR I/O DC electrical characteristics

The DDR I/O pads support LPDDR 4, DDR4, and DDR3L operational modes. The DDR Memory Controller (DDRMC) is designed to be compatible with JEDEC-compliant SDRAMs.

( https://www.nxp.com/docs/en/data-sheet/IMX8MMCEC.pdf (Pg.: 08, 30))

## 3.2    Basic Functionality

The DDR4 SDRAM is a high-speed dynamic random-access memory internally configured as sixteen-banks, 4 bank group with 4 banks for each bank group for x4/x8 and eight-banks, 2 bank group with 4 banks for each bankgroup for x16 DRAM.

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 11))

| DDRC | Double Data Rate Controller | The DDR Controller has the following features:<br>• Supports 32/16-bit LPDDR4 (up to 1.5 GHz), DDR4-2400, and DDR3L-1600<br>• Supports up to 8 Gbyte DDR memory space |
|------|-----------------------------|---|

(https://www.nxp.com/docs/en/data-sheet/IMX8MMCEC.pdf (Pg.: 08))

DDR4 supports bank grouping:
• x16 DDR4 devices: two bank groups each comprised of four sub-banks



(https://media-www.micron.com/-/media/client/global/documents/products/technical-note/dram/tn4040_ddr4_point_to_point_design_guide.pdf (Pg.: 08))

131.    The '379 Accused Products comprise circuitry to provide a clock signal to the memory device, the clock signal having clock transitions. For example, the i.MX 8M Mini processor's DDRC memory controller controls DDR4 SDRAM (memory device) via DDR PHY interface. The DDR4 SDRAM has CK_t and CK_c pins to receive clock signals. The clock signal sent by the DDRC memory controller has multiple clock transitions i.e. positive edge and negative edges as shown in the figure by pink colored arrows below.



The following types of SDRAMs are supported by the DDRC:
- DDR4
- DDR3-L
- LP-DDR4

(https://www.nxp.com/webapp/Download?colCode=IMX8MMRM (Pg.: 1707, 1708))

| Symbol | Type | Function |
|---|---|---|
| CK_t, CK_c | Input | Clock: CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 05))



| Symbol | Type | Function |
|---|---|---|
| CK_t, CK_c | Input | Clock: CK_t and CK_c are differential clock inputs. All address and control input signals are sampled on the crossing of the positive edge of CK_t and negative edge of CK_c. |

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 05, 86, 190))

64

132.    The '379 Accused Products comprise a command interface to transmit, to the memory device, row activation commands to instruct row activations and column access commands to instruct column accesses. For example, DDR4 SDRAM memory device includes RAS_n/A16, CAS_n/A15 and WE_n/A14 pins to receive commands from the DDRC memory controller in the i.MX 8M Mini via DDR PHY interface. The address pins of the DDRC memory controller are connected to the A0 to A16 pins of the DDR4 SDRAM. The DDR4 SDRAM memory device receives the Bank Activate command (row activation command), which includes the row address of the row to be activated, via the A0 to A16 pins from the DDRC memory controller in the NXP i.MX 8M Mini processor. As shown below, with the ACT command, row address is sent to the DDR4 SDRAM memory device by the DDRC memory controller. The A0 to A9 address pins of the i.MX 8M Mini Processor are connected with the A0 to A9 pins of the DDR4 SDRAM. The DDR4 SDRAM memory device receives commands such as Write, Read, etc. (column access commands) that defines column address to access columns based on the signals received on the A0 to A9 pins from the DDRC memory controller present in the i.MX 8M Mini processor. For example, with the WRITE command, column address is sent to the DDR4 SDRAM memory device by the DDRC memory controller present in the i.MX 8M Mini processor. Likewise, with the READ command, column address is sent to the DDR4 SDRAM memory device by the DDRC memory controller present in the i.MX 8M Mini processor.



(https://www.nxp.com/webapp/Download?colCode=IMX8MMRM (Pg.: 1708))

## 2     DDR4 SDRAM Package Pinout and Addressing



| RAS_n/A16. CAS_n/ A15. WE_n/A14 | Input | Command Inputs: RAS_n/A16, CAS_n/A15 and WE_n/A14 (along with CS_n) define the command being entered. Those pins have multi function. For example, for activation with ACT_n Low, those are Addressing like A16,A15 and A14 but for non-activation command with ACT_n High, those are Command pins for Read, Write and other command defined in command truth table |
|---|---|---|

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 01, 05))



(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 29, 88))

| Function | Abbreviation | CKE | | CS_n | ACT_n | RAS_n /A16 | CAS_n /A15 | WE_n/ A14 | BG0- BG1 | BA0- BA1 | C2-C0 | A12/ BC_n | A17, A13, A11 | A10/ AP | A0-A9 | NOTE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Previous Cycle | Current Cycle | | | | | | | | | | | | | |
| Write (Fixed BL8 or BC4) | WR | H | H | L | H | H | L | L | BG | BA | V | V | V | L | CA | |
| Write (BC4, on the Fly) | WRS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | L | CA | |
| Write (BL8, on the Fly) | WRS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | L | CA | |
| Write with Auto Precharge (Fixed BL8 or BC4) | WRA | H | H | L | H | H | L | L | BG | BA | V | V | V | H | CA | |
| Write with Auto Precharge (BC4, on the Fly) | WRAS4 | H | H | L | H | H | L | L | BG | BA | V | L | V | H | CA | |
| Write with Auto Precharge (BL8, on the Fly) | WRAS8 | H | H | L | H | H | L | L | BG | BA | V | H | V | H | CA | |
| Read (Fixed BL8 or BC4) | RD | H | H | L | H | H | L | H | BG | BA | V | V | V | L | CA | |
| Read (BC4, on the Fly) | RDS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | L | CA | |
| Read (BL8, on the Fly) | RDS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | L | CA | |
| Read with Auto Precharge (Fixed BL8 or BC4) | RDA | H | H | L | H | H | L | H | BG | BA | V | V | V | H | CA | |
| Read with Auto Precharge (BC4, on the Fly) | RDAS4 | H | H | L | H | H | L | H | BG | BA | V | L | V | H | CA | |
| Read with Auto Precharge (BL8, on the Fly) | RDAS8 | H | H | L | H | H | L | H | BG | BA | V | H | V | H | CA | |

Table 35 — Command Truth Table

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 29))



(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 86))



**Figure 70 — tCCD Timing (READ to READ Example)**

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 86))

133.    The '379 Accused Products comprise circuitry to schedule issuance of the row activation commands and the column access commands from the command interface. For example, the A0 to A9 address pins of the i.MX 8M Mini Processor are connected with the A0 to A9 pins of the DDR4 SDRAM. The DDR4 SDRAM memory device receives commands such as Write, Read, etc. (column access commands) that define column address to access columns based on the signals received on the A0 to A9 pins from the DDRC memory controller present in the i.MX 8M Mini processor.  For proper DDR4 SDRAM operation, the row activation commands and column access commands must be separated by a minimum interval, represented by timings such as tRCD, tRP, tCCD, tRRD, etc. which requires that the DDRC memory controller includes a scheduler to sequence the row activation and column access commands in accordance with the required minimum separation time between commands.

- **DDR Controller (DDRC) block**: This block contains a logical CAM (Content Addressable Memory), which can be synthesized using standard cells. This holds information on the commands, which is used by the scheduling algorithms to optimally schedule commands to be sent to the PHY, based on priority, bank/rank status and DDR timing constraints. A bypass path is also provided (optionally).



(https://www.nxp.com/webapp/Download?colCode=IMX8MMRM (Pg.: 1708, 1711))

## 10   Speed Bin (cont'd)

| Table 150 — DDR4-2400 Speed Bins and Operations | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Speed Bin | | DDR4-2400P | | DDR4-2400R | | DDR4-2400T | | DDR4-2400U | | Unit | NOTE |
| CL-nRCD-nRP | | 15-15-15 | | 16-16-16 | | 17-17-17 | | 18-18-18 | | | |
| Parameter | Symbol | min | max | min | max | min | max | min | max | |
| ACT to internal read or write delay time | tRCD | 12.50 | - | 13.32 | - | 14.16 $(13.75)^{5,12}$ | - | 15.00 | - | ns | 12 |
| PRE command period | tRP | 12.50 | - | 13.32 | - | 14.16 $(13.75)^{5,12}$ | - | 15.00 | - | ns | 12 |
| ACT to PRE command period | tRAS | 32 | 9 x tREFI | 32 | 9 x tREFI | 32 | 9 x tREFI | 32 | 9 x tREFI | ns | 12 |
| ACT to ACT or REF command period | tRC | 44.50 | - | 45.32 | - | 46.16 $(45.75)^{5,12}$ | - | 47.00 | - | ns | 12 |



### 4.19   DDR4 Key Core Timing (cont'd)



(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 86, 88, 207))

134.     The '379 Accused Products meet the limitation reciting a first interval, defined by a first number of clock transitions to transpire between back-to-back row activations to banks within a common bank group, is longer than a second interval, defined by a second number of clock transitions to transpire between back-to-back row activations to banks within different bank groups. For example, the DDR4 specification provides that tRRD_L is an interval (first interval), defined as 6 clock cycles (from T4 to T10), that occurs between consecutive (back-to-back) ACTIVATE commands (row activations) sent by the DDRC memory controller to different banks within the same bank group. Similarly, tRRD_S is an interval (second interval), defined as 4 clock cycles (from T0 to T4), that occurs between consecutive (back-to-back) ACTIVATE commands (row activations) to different banks within different bank groups. Thus, tRRD_L is longer than tRRD_S.



(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 88))

| DDRC | Double Data Rate Controller | The DDR Controller has the following features:<br>• Supports 32/16-bit LPDDR4 (up to 1.5 GHz), DDR4-2400, and DDR3L-1600<br>• Supports up to 8 Gbyte DDR memory space |
|---|---|---|

(https://www.nxp.com/docs/en/data-sheet/IMX8MMCEC.pdf (Pg.: 08))

| Speed | | DDR4-1600 | |
|---|---|---|---|
| **Parameter** | **Symbol** | **MIN** | **MAX** |
| **Command and Address Timing (cont'd)** | | | |
| ACTIVATE to ACTIVATE Command delay to different bank group for 2KB page size | tRRD_S(2K) | Max(4nCK, 6ns) | - |
| ACTIVATE to ACTIVATE Command delay to different bank group for 2KB page size | tRRD_S(1K) | Max(4nCK, 5ns) | - |
| ACTIVATE to ACTIVATE Command delay to different bank group for 1/2KB page size | tRRD_S(1/2K) | Max(4nCK, 5ns) | - |
| ACTIVATE to ACTIVATE Command delay to same bank group for 2KB page size | tRRD_L(2K) | Max(4nCK, 7.5ns) | - |
| ACTIVATE to ACTIVATE Command delay to same bank group for 1KB page size | tRRD_L(1K) | Max(4nCK, 6ns) | - |
| ACTIVATE to ACTIVATE Command delay to same bank group for 1/2KB page size | tRRD_L(1/2K) | Max(4nCK, 6ns) | - |

Table 169 — for DDR4-1600 to DDR4-2133 (cont'd)

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 238))

135.    The '379 Accused Products meet the limitation reciting a third interval, defined by a third number of clock transitions to transpire between back-to-back column accesses to banks within a common bank group, is longer than a fourth interval, defined by a fourth number of clock transitions to transpire between back-to-back column accesses to banks within different bank groups. For example, the DDR4 specification provides that tCCD_L is an interval (third interval) defined by 6 clock cycles (from T4 to T10) that occurs between consecutive (back-to-back) WRITE commands (for column accesses) to different banks within the same bank group. Similarly, tCCD_S is an interval (fourth interval) defined by 4 clock cycles (from T0 to T4) that occurs between consecutive (back-to-back) WRITE commands (for column accesses) to different banks within different bank groups. tCCD_L takes a longer time, consisting of 6 clock cycles, compared to tCCD_S, which takes 4 clock cycles. The WRITE commands are issued by the DDRC memory controller. tCCD_L is an interval (third interval) defined by 6 clock cycles (from T4 to T10) that occurs between consecutive (back-to-back) READ commands (for column accesses) to

different banks within the same bank group. Similarly, tCCD_S is an interval (fourth interval) defined by 4 clock cycles (from T0 to T4) that occurs between consecutive (back-to-back) READ commands (for column accesses) to different banks within different bank groups. Moreover, tCCD_L takes a longer time, consisting of 6 clock cycles, compared to tCCD_S, which takes 4 clock cycles. The READ commands are issued by the DDRC memory controller.



**Figure 69 — tCCD Timing (WRITE to WRITE Example)**

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 86))



**Figure 70 — tCCD Timing (READ to READ Example)**

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 86))

| Table 173 — for DDR4-2400 to DDR4-3200 (Cont'd) | | | | | | | | | | | |
| Speed | | DDR4-2400 | | DDR4-2666 | | DDR4-2933 | | DDR4-3200 | | | |
| Parameter | Symbol | MIN | MAX | MIN | MAX | MIN | MAX | MIN | MAX | Units | NOTE |
| **Command and Address Timing** | | | | | | | | | | | |
| CAS_n to CAS_n command delay for same bank group | tCCD_L | max(5 nCK, 5 ns) | - | max(5 nCK, 5 ns) | - | max(5 nCK, 5 ns) | - | max(5 nCK, 5 ns) | - | nCK | 34 |
| CAS_n to CAS_n command delay for different bank group | tCCD_S | 4 | - | 4 | - | 4 | - | 4 | - | nCK | 34 |

| Table 154 — Timings used for IDD, IPP and IDDQ Measurement-Loop Patterns | | | | | | | | | | | | |
| Symbol | DDR4-1600 | | | DDR4-1866 | | | DDR4-2133 | | | DDR4-2400 | | Unit |
| | 10-10-10 | 11-11-11 | 12-12-12 | 12-12-12 | 13-13-13 | 14-14-14 | 14-14-14 | 15-15-15 | 16-16-16 | 15-15-15 | 16-16-16 | 17-17-17 | 18-18-18 | |
| tCCD_S | 4 | | | 4 | | | 4 | | | 4 | | nCK |
| tCCD_L | 5 | | | 5 | | | 6 | | | 6 | | nCK |

(https://www.jedec.org/sites/default/files/docs/JESD79-4D.pdf (Pg.: 214, 243))

| DDRC | Double Data Rate Controller | The DDR Controller has the following features:<br>• Supports 32/16-bit LPDDR4 (up to 1.5 GHz), DDR4-2400, and DDR3L-1600<br>• Supports up to 8 Gbyte DDR memory space |

(https://www.nxp.com/docs/en/data-sheet/IMX8MMCEC.pdf (Pg.: 08))

136.   Thus, at least for the above reasons, the '379 Accused Products meet all of the limitations of claim 1.

### *Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

137.   In addition and/or in the alternative to their direct infringement, NXP has indirectly infringed and continues to indirectly infringe one or more claims of the '379 Patent by knowingly and intentionally inducing others, including their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the '379 Accused Products.

138.   At a minimum, NXP had knowledge of the '379 Patent since at least 2018, when Rambus presented claim charts demonstrating infringement by NXP products as well as before the filing of the original complaint via the correspondence from K.Mizra discussed above, and via the filing of this complaint. Since receiving notice of their infringement, NXP has actively induced the direct infringement of their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have

been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '379 Patent. Indeed, NXP has intended to cause, continues to intend to cause, and has taken, and continues to take affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the '379 Accused Products; creating and/or maintaining established distribution channels for the '379 Accused Products into and within the United States; manufacturing the '379 Accused Products in conformity with U.S. laws and regulations; providing technical documentation for the '379 Accused Products, including data sheets, fact sheets, reference manuals, application notes, design files, training support along with descriptions of the features and technologies,[8] as well as product finders including a product selector, product advisor, cross reference, and design adviser;[9] promoting the incorporation of the '379 Accused Products into end-user products.

### *Damages*

139.   On information and belief, despite having knowledge of the '379 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '379 Patent, NXP has nevertheless continued their infringing conduct and disregarded an objectively high likelihood of infringement. NXP's infringing activities relative to the '379 Patent, e.g., their decision to continue infringing the '379 Patent, have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, characteristic of a pirate, and an egregious case of misconduct beyond typical infringement such that K.Mizra is entitled to enhanced damages under 35 U.S.C. § 284 up to three times the amount found or assessed.

---

[8] *See, e.g.*, https://www.nxp.com/products/i.MX8MMINI#richmedia; and the documents linked therefrom.
[9] *See, e.g.*, https://www.nxp.com/products/product-finders:PRODUCT-FINDERS#/

140.    K.Mizra has been damaged as a result of NXP's infringing conduct described in this Count. NXP is, thus, liable to K.Mizra in an amount that adequately compensates K.Mizra for NXP's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT V

### (INFRINGEMENT OF U.S. PATENT NO. 10,523,344)

141.    Plaintiff incorporates the preceding paragraphs herein by reference.

142.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq*.

143.    K.Mizra is the owner of all substantial rights, title, and interest in and to the '344 Patent including the right to exclude others and to enforce, sue, and recover damages for past and future infringements.

144.    The '344 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on December 31, 2019, after full and fair examination.

145.    NXP has and continues to directly and/or indirectly infringe (by inducing infringement) one or more claims of the '344 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, NXP products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '344 Patent, including, but not limited to, NXP processors having DDR3, DDR4, DDR5 and/or LPDDR3 controller functionality, including NXP's iMX Applications Processors, such as the i.MX 7Dual Applications Processor (collectively, the "'344 Accused Products").

## *Direct Infringement (35 U.S.C. § 271(a))*

146.    NXP has directly infringed and continues to directly infringe one or more claims of the '344 Patent in this District and elsewhere in Texas and the United States.

147.    NXP has directly infringed and continues to directly infringe, at least claim 1 of the '344 Patent as set forth under 35 U.S.C. § 271(a) by making, using, offering for sale, selling, and/or importing the '344 Accused Products.

148.    By way of illustration only, the '344 Accused Products meet each and every element of claim 1 of the '344 Patent. The '344 Accused Products perform a method of calibrating a component having a transmitter circuit that is to transmit data to another component. For example, NXP's i.MX 7Dual Processor includes a DDR Memory Controller (DDRMC), which is compliant with the JEDEC JESD209-3B standard, for controlling the LPDDR3 SDRAM. Further, it includes a DFI compatible PHY interface responsible for communication between the controller and the LPDDR3 memory. NXP discloses that the DDRMC (memory controller of the i.MX 7Dual Processor, "another component") performs ZQ calibration ("a method of calibrating"). ZQ calibration is performed to calibrate the external SDRAM (such as LPDDR3, "a component having a transmitter circuit").

**i.MX 7Dual Processors**

(https://www.nxp.com/products/i.MX7D)

The DDR Memory Controller (DDRMC) combined with DFI-compatible PHY is a complete memory interface solution for DDR memory subsystems. The DDRMC is a flexible and advanced solution for ASIC and System-on-Chip (SoC) designers who need very low power while achieving industry leading high-efficiency, low- latency and high-performance from their memory interface.

Supported SDRAM types include:
- DDR3
- LPDDR2
- LPDDR3

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2182))

### 4.5.2    DDR I/O DC electrical characteristics

The DDR I/O pads support DDR3/DDR3L, LPDDR2, and LPDDR3 operational modes. The DDR Memory Controller (DDRMC) is designed to be compatible with JEDEC-compliant SDRAMs. The DDRC supports the following memory types:

- DDR3 SDRAM compliant to JESD79-3E DDR3 JEDEC standard release July, 2010
- LPDDR2 SDRAM compliant to JESD209-2B LPDDR2 JEDEC standard release June, 2009
- LPDDR3 SDRAM compliant to JESD209-3B LPDDR3 JEDEC standard release August, 2013

(https://www.nxp.com/docs/en/data-sheet/IMX7DCEC.pdf (Pg.: 44))

### 9.2.4.6    ZQ calibration

This feature is applicable for DDR3 and LPDDR2 / LPDDR3. The DDRMC uses ZQ calibration command to calibrate SDRAM RON (Resistor ON) and ODT (On-Die Termination) values over PVT (Process, Voltage, Temperature). DDR3 SDRAMs need more time to calibrate $R_{ON}$ and ODT at initialization and relatively less time to perform periodic calibrations. For more information, refer to DDR3 (JEDEC JESD79-3*), LPDDR2 (JEDEC JESD209-2*) and LPDDR3 (JEDEC JESD209-3*) Specifications.

### 1.4.7    External Memory Interface

The external memory interfaces supported on this chip include:

- DRAM
  - 16/32-bit DDR3 up to 533MHz clock (1066MT/s)
  - 16/32-bit DDR3L up to 533MHz clock (1066MT/s)
  - 32-bit LP-DDR2 up to 533MHz clock (1066MT/s)
  - 32-bit LP-DDR3 up to 533MHz clock (1066MT/s)

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 226, 2214))



**Figure 1-1. High-Level Block Diagram**

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 232))

149.    The '344 Accused Products perform the step of performing a first calibration operation of the component during an initialization sequence, the first calibration operation to establish an initial value of a parameter value pertaining to at least one of a driver strength and a termination resistance of the transmitter circuit. For example, the DDRMC of the i.MX 7Dual Processor performs ZQInit (ZQ Initial Calibration, "a first calibration operation") during the power-up initialization sequence ("an initialization sequence"). NXP discloses that the MRW ZQ initialization calibration is used to initiate the ZQ calibration ("a first calibration operation") during LPDDR3 initialization sequence ("an initialization sequence"). The ZQ Initial Calibration calibrates or establishes the RON and the ODT values at initialization (power-up sequence). RON is the output driver impedance, and it controls the driver strength. ODT is the On-Die Termination feature, which controls the termination resistance for various pins at the SDRAM (LPDDR3), such as the data/DQ pins, which is associated with the transmitter circuit of the LPDDR3.

78

The DDRMC supports the ZQ Calibration commands that are supported by the JEDEC Specification.

**ZQInit (ZQ Initial Calibration)** command performs the initial calibration during the power-up initialization sequence. This command is allowed a time period of tZQinit (determined by INIT5.dev_zqinit_x32).

Source: https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2215, login required)

There are four ZQ calibration commands and related timings: $t_{ZQINIT}$, $t_{ZQRESET}$, $t_{ZQCL}$, and $t_{ZQCS}$. $t_{ZQINIT}$ is for initialization calibration; $t_{ZQRESET}$ is for resetting ZQ to the default output impedance; $t_{ZQCL}$ is for long calibration(s); and $t_{ZQCS}$ is for short calibration(s).

The initialization ZQ calibration (ZQINIT) must be performed for LPDDR3. ZQINIT provides an output impedance accuracy of ±15 percent. After initialization, the ZQ calibration long (ZQCL) can be used to recalibrate the system to an output impedance accuracy of ±15 percent. A ZQ calibration short (ZQCS) can be used periodically to compensate for temperature and voltage drift in the system. The ZQ reset command (ZQRESET) resets the output impedance calibration to a default accuracy of ±30% across process, voltage, and temperature. This command is used to ensure output impedance accuracy to ±30% when ZQCS and ZQCL commands are not used.

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 58))

### 9.2.4.7.2  LPDDR2 / LPDDR3 initialization sequence

For LPDDR2 / LPDDR3, the DDRMC initialization state machine executes the following initialization sequence:

1. Power-up.
2. CKE is held low for a duration specified by INIT0.pre_cke_x1024. The clock is checked to be stable for duration specified by INIT2.min_stable_clock_x1 (minimum of 5 clock cycles) prior to the first low to high transition of CKE.
3. Assert CKE for INIT0.post_cke_x1024 (specification requires at least 200 μs).
4. A MRW (Reset) command is issued to MRW63 register. Values of MA<7:0> = 3FH and OP<7:0> = 00H is used for this command. The MRW reset command brings the device to the device auto-initialization (resetting) state in the power-on initialization sequence.
5. Issue NOP / deselect for duration specified by INIT2.idle_after_reset_x32 (specification requires 1 us minimum) and INIT5.max_auto_init_x1024 (specification requires maximum time of 10 μs).
6. An MRW ZQ initialization calibration command is issued to the memory to register MR10 to initiate the ZQ calibration. Values of MA<7:0> = 0AH and OP<7:0> = FFH is used for this command.

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2219))

### 9.2.4.6  ZQ calibration

This feature is applicable for DDR3 and LPDDR2 / LPDDR3. The DDRMC uses ZQ calibration command to calibrate SDRAM RON (Resistor ON) and ODT (On-Die Termination) values over PVT (Process, Voltage, Temperature). DDR3 SDRAMs need more time to calibrate $R_{ON}$ and ODT at initialization and relatively less time to perform periodic calibrations. For more information, refer to DDR3 (JEDEC JESD79-3*), LPDDR2 (JEDEC JESD209-2*) and LPDDR3 (JEDEC JESD209-3*) Specifications.

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2214))

### 8.7.1  $R_{ONPU}$ and $R_{ONPD}$ Characteristics with ZQ Calibration

Output driver impedance $R_{ON}$ is defined by the value of the external reference resistor $R_{ZQ}$. Nominal $R_{ZQ}$ is 240Ω.

### 4.12  On-Die Termination

ODT (On-Die Termination) is a feature of the LPDDR3 SDRAM that allows the DRAM to turn on/off termination resistance for each DQ, DQS_t, DQS_c and DM via the ODT control pin. The ODT feature is designed to improve signal integrity of the memory channel by allowing the DRAM controller to independently turn on/off termination resistance for any or all DRAM devices. Unlike other command inputs, the ODT pin directly controls ODT operation and is not sampled by the clock.

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 63, 96))

150.    The '344 Accused Products perform the step of during normal operation, periodically performing a second calibration operation, the parameter value to be updated based on the second calibration operation, at least one instance of the parameter value to be updated in response to a switch between a first mode of operation and a second mode of operation, wherein the second mode of operation is a higher speed mode of operation than the first mode of operation. For example, the DDRMC of the i.MX 7Dual Processor performs ZQCS (ZQ Short Calibration, "a second calibration operation") periodically ("during normal operation, periodically") to account for VT (voltage/temperature) variations, thereby updating RON and ODT ("the parameter value"). The DDRMC of the i.MX 7Dual Processor supports multiple power-saving modes such as precharge power-down, which is a power-down mode. VDDQ, which is supply voltage to the output buffer of the external SDRAM (such as LPDDR3), is turned off in the power-down mode ("a first mode of operation"), and set to the operating ranges after exiting the power-down mode ("a second mode of operation"). Further, RON ("the parameter value") is dependent on VDDQ. VDDQ is changed during exit from power-down mode which causes change in RON, which is then calibrated by periodic ZQ Short Calibration. Furthermore, during power-down mode ("the first mode of operation"), the input clock is stopped. During exiting the power-down mode ("the second mode of operation"), the clock is brought back to its stable and specified limits thus

indicating that exiting the power-down mode has higher speed than power-down mode (where the clock is stopped).

**ZQCS (ZQ Short Calibration)** command is used to perform periodic calibration to account for VT (Voltage/Temperature) variations. A shorter timing window is provided to perform calibration and transfer of values as defined by the timing parameter tZQCS

(determined by ZQCTL0._t_zq_short_nop). ZQCS can be performed automatically on a regular interval or through direct software request. For more information about this, see Automatic and software initiated ZQCs.

### 9.2.4.6   ZQ calibration

This feature is applicable for DDR3 and LPDDR2 / LPDDR3. The DDRMC uses ZQ calibration command to calibrate SDRAM RON (Resistor ON) and ODT (On-Die Termination) values over PVT (Process, Voltage, Temperature). DDR3 SDRAMs need more time to calibrate $R_{ON}$ and ODT at initialization and relatively less time to perform periodic calibrations. For more information, refer to DDR3 (JEDEC JESD79-3*), LPDDR2 (JEDEC JESD209-2*) and LPDDR3 (JEDEC JESD209-3*) Specifications.

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2214, 2215, 2216))

#### 9.2.4.9.1   SDRAM power saving features

The DDRMC supports various SDRAM power-saving modes—precharge power-down, self-refresh, deep power-down, maximum power saving mode, and support for disabling clock to the DRAM via DFI_DRAM_CLK_DISABLE.

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2223))

### 4.13   Power-down

Power-down is entered synchronously when CKE is registered LOW and CS_n is HIGH at the rising edge of clock. CKE must not go LOW while MRR, MRW, READ, or WRITE operations are in progress. CKE can go LOW while any other operations such as row activation, PRECHARGE, auto precharge, or REFRESH are in progress, but the power-down $I_{DD}$ specification will not be applied until such operations are complete. Power-down entry and exit are shown in Figure 50 through Figure 61.

Entering power-down deactivates the input and output buffers, excluding CKE. To ensure that there is enough time to account for internal delay on the CKE signal path, two NOP commands are required after CKE is driven LOW, this timing period is defined as $t_{CPDED}$. CKE LOW will result in deactivation of input receivers after $t_{CPDED}$ has expired. In power-down mode, CKE must be held LOW; all other input signals are "Don't Care." CKE LOW must be maintained until $t_{CKE,min}$ is satisfied. $V_{REFCA}$ must be maintained at a valid level during power-down.

$V_{DDQ}$ can be turned off during power-down. If $V_{DDQ}$ is turned off, $V_{REFDQ}$ must also be turned off. Prior to exiting power-down, both $V_{DDQ}$ and $V_{REFDQ}$ must be within their respective minimum/maximum operating ranges.

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 66))

VDDQ: The supply voltage to the output buffers of a memory chip.

(https://www.techpowerup.com/articles/overclocking,/overclocking/voltmods/45)

**ZQCS (ZQ Short Calibration)** command is used to perform periodic calibration to account for VT (Voltage/Temperature) variations. A shorter timing window is provided to perform calibration and transfer of values as defined by the timing parameter tZQCS

This feature is applicable for DDR3 and LPDDR2 / LPDDR3. The DDRMC uses ZQ calibration command to calibrate SDRAM RON (Resistor ON) and ODT (On-Die Termination) values over PVT (Process, Voltage, Temperature). DDR3 SDRAMs need more time to calibrate $R_{ON}$ and ODT at initialization and relatively less time to perform periodic calibrations. For more information, refer to DDR3 (JEDEC JESD79-3*),

(https://www.nxp.com/webapp/Download?colCode=IMX7DRM (Pg.: 2214, 2215))

### 8.7.1   $R_{ONPU}$ and $R_{ONPD}$ Characteristics with ZQ Calibration

Output driver impedance $R_{ON}$ is defined by the value of the external reference resistor $R_{ZQ}$. Nominal $R_{ZQ}$ is 240Ω

### 8.7   $R_{ONPU}$ and $R_{ONPD}$ Resistor Definition

$$R_{ONPU} = \frac{(V_{DDQ} - V_{out})}{ABS(I_{out})}$$

NOTE 1  This is under the condition that $R_{ONPD}$ is turned off

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 95, 96))



**Figure 50 — Basic Power-Down Entry and Exit Timing**

(https://www.jedec.org/sites/default/files/docs/JESD209-3B.pdf (Pg.: 66))

151.    NXP processors that have DDR3, DDR4, DDR5, and/or LPDDR3 controller functionality infringe in a similar way as discussed in the preceding paragraphs via their implementation of ZQCL and ZQCS. *See, e.g.*, JEDEC Standard No. 79-3F at 107 (Section 5.5.1).

152.    Thus, at least for the above reasons, the '344 Accused Products meet all of the limitations of claim 1.

### *Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

153.    In addition and/or in the alternative to their direct infringement, NXP has indirectly infringed and continues to indirectly infringe one or more claims of the '344 Patent by knowingly and intentionally inducing others, including their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the '344 Accused Products.

154.    At a minimum, NXP had knowledge of the '344 Patent since at least 2018, when Rambus presented claim charts demonstrating infringement by NXP products as well as before the filing of the original complaint via the correspondence from K.Mizra discussed above, and via the filing of this complaint. Since receiving notice of their infringement, NXP has actively induced the direct infringement of their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '344 Patent. Indeed, NXP has intended to cause, continues to intend to cause, and has taken, and continues to take affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the '344 Accused Products; creating and/or maintaining established distribution channels for the '344 Accused Products into and within the United States; manufacturing the '344 Accused Products in conformity with U.S. laws and regulations; providing technical documentation for the '344 Accused Products, including data sheets, fact sheets, reference manuals, application notes, design files, training support along with descriptions of the features

and technologies,[10] as well as product finders including a product selector, product advisor, cross reference, and design adviser;[11] promoting the incorporation of the '344 Accused Products into end-user products.

### *Damages*

155.    On information and belief, despite having knowledge of the '344 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '344 Patent, NXP has nevertheless continued their infringing conduct and disregarded an objectively high likelihood of infringement. NXP's infringing activities relative to the '344 Patent, e.g., their decision to continue infringing the '344 Patent, have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, characteristic of a pirate, and an egregious case of misconduct beyond typical infringement such that K.Mizra is entitled to enhanced damages under 35 U.S.C. § 284 up to three times the amount found or assessed.

156.    K.Mizra has been damaged as a result of NXP's infringing conduct described in this Count. NXP is, thus, liable to K.Mizra in an amount that adequately compensates K.Mizra for NXP's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

### COUNT VI

### (INFRINGEMENT OF U.S. PATENT NO. 11,551,743)

157.    Plaintiff incorporates the preceding paragraphs herein by reference.

158.    This cause of action arises under the patent laws of the United States, and, in particular, 35 U.S.C. §§ 271, *et seq.*

---

[10] *See, e.g.*, https://www.nxp.com/products/i.MX7D; and the documents linked therefrom.
[11] *See, e.g.*, https://www.nxp.com/products/product-finders:PRODUCT-FINDERS#/

159.    K.Mizra is the owner of all substantial rights, title, and interest in and to the '743 Patent including the right to exclude others and to enforce, sue, and recover damages for past and future infringements.

160.    The '743 Patent is valid, enforceable, and was duly and legally issued by the United States Patent and Trademark Office on January 10, 2023, after full and fair examination.

161.    NXP has and continues to directly and/or indirectly infringe (by inducing infringement) one or more claims of the '743 Patent in this District and elsewhere in Texas and the United States by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import, NXP products, their components and processes, and/or products containing the same that incorporate the fundamental technologies covered by the '743 Patent, including, but not limited to, NXP processors having LPDDR4 controller functionality, including NXP's i.MX Applications Processors and S32 Automotive Processing Platform, such as the i.MX 8M Mini Applications Processor (collectively, the "'743 Accused Products").

### *Direct Infringement (35 U.S.C. § 271(a))*

162.    NXP has directly infringed and continues to directly infringe one or more claims of the '743 Patent in this District and elsewhere in Texas and the United States.

163.    NXP has directly infringed and continues to directly infringe, at least claim 6 of the '743 Patent as set forth under 35 U.S.C. § 271(a) by making, using, offering for sale, selling, and/or importing the '743 Accused Products.

164.    By way of illustration only, the '743 Accused Products meet each and every element of claim 6 of the '743 Patent. The '743 Accused Products perform a method of operation in an integrated circuit (IC) memory controller. For example, NXP's i.MX 8M Mini Applications

Processor has a DDR Controller (DDRC, "an integrated circuit (IC) memory controller"). This controller is connected to an external LPDDR4 memory device. The LPDDR4 memory controller unit is compliant with JESD209-4A JEDEC standard and controls the LPDDR4 device according to JESD209-4A standard. Further, the DDRC includes a DDR PHY (interface), through which it connects with the LPDDR4. The DDRC of the i.MX 8M Mini Applications Processor performs Write DQS2DQ Training.



(https://www.nxp.com/products/i.MX8MMINI)

### 1.4.7 External Memory Interface

The external memory interfaces supported on this chip include:

- 16/32-bit DRAM Interface:
  - LPDDR4-3000
  - DDR4-2400
  - DDR3L-1600

### 9.2.1 Overview

The DDRC (DDR Controller) is a very low power, high efficiency, low-latency and high performance memory controller for interfacing DDR based memories.

The following types of SDRAMs are supported by the DDRC:

- DDR4
- DDR3-L
- LP-DDR4

https://www.nxp.com/webapp/Download?colCode=IMX8MMRM (Pg.: 12, 1707))

### 3.8.3 DDR SDRAM–specific parameters (LPDDR4 and DDR4)

The i.MX 8M Mini Family of processors have been designed and tested to work with JEDEC JESD209-4A–compliant LPDDR4 memory and JESD79-4A compliant DDR4 memory. Timing diagrams

(https://www.nxp.com/docs/en/data-sheet/IMX8MMCEC.pdf (Pg.: 35))



**Figure 1-1. Block Diagram**

(https://www.nxp.com/webapp/Download?colCode=IMX8MMRM (Pg.: 17))



**Figure 9-1. DDRC block diagram**

(https://www.nxp.com/webapp/Download?colCode=IMX8MMRM (Pg.: 1708))



(https://community.nxp.com/pwmxy87654/attachments/pwmxy87654/tech-days/52/1/AMF-SMH-T3514.pdf (Pg.: 42))

(https://community.nxp.com/pwmxy87654/attachments/pwmxy87654/tech-days/230/1/AMF-AUT-T3361.pdf (Pg.: 48))

165.    The '743 Accused Products perform the step of receiving calibration read data from a memory device, and receiving a strobe signal accompanying the calibration read data, the receiving of the calibration read data and the strobe signal is in response to dispatching a calibration read command to the memory device for a calibration read operation. For example, the i.MX 8M Mini Application Processor supports JEDEC JESD209-4A and performs DQS2DQ Training. The i.MX 8M Mini Applications Processor has multiple input pins such as DRAM_DQ00, DRAM_DQ01, etc. which receive data from the LPDDR4. In DQS2DQ Training, the DQ signals (including "calibration read data") are delayed relative to the DQS signals ("a strobe signal"). The DDRC receives the DQS signal accompanying the calibration data (DQ) signals. The i.MX 8M Mini Applications Processor has multiple input pins such as DRAM_DQS0_N, DRAM_DQS0_P, etc. which receive data strobe signals from the LPDDR4. According to the JEDEC JESD209-4A

standard, in DQS-DQ Training, data are sent to the LPDDR4 SDRAM and then read back using

MPC [Read DQ FIFO] command ("calibration read command").

### 3.8.3    DDR SDRAM–specific parameters (LPDDR4 and DDR4)

The i.MX 8M Mini Family of processors have been designed and tested to work with JEDEC
JESD209-4A–compliant LPDDR4 memory and JESD79-4A compliant DDR4 memory. Timing diagrams

(https://www.nxp.com/docs/en/data-sheet/IMX8MMCEC.pdf (Pg.: 35))

### 4.29    DQS-DQ Training

The LPDDR4-SDRAM uses an un-matched DQS-DQ path to enable high speed performance and save
power in the DRAM. As a result, the DQS strobe must be trained to arrive at the DQ latch center-aligned
with the Data eye. The SDRAM DQ receiver is located at the DQ pad, and has a shorter internal delay in
the SDRAM than does the DQS signal. The SDRAM DQ receiver will latch the data present on the DQ bus
when DQS reaches the latch, and training is accomplished by delaying the DQ signals relative to DQS
such that the Data eye arrives at the receiver latch centered on the DQS transition.

After writing data to the SDRAM with the MPC [Write DQ FIFO] command, the data can be read back with
the MPC [Read DQ FIFO] command and results compared with "expect" data to see if further training (DQ
delay) is needed. MPC [Read DQ FIFO] is initiated by issuing a MPC command with OP[6:0] set as
described in the MPC Definition section, followed immediately by a CAS-2 command (CAS-2 operands
must be driven LOW). Timings for the MPC [Read DQ FIFO] command are identical to a Read command,
with RL (Read Latency) timed from the 2nd rising clock edge of the CAS-2 command.

(https://www.jedec.org/sites/default/files/docs/JESD209-4A.pdf (Pg.: 174))

### 3.8.3.1    Clock/data/command/address pin allocations

These processors uses generic names for clock, data, and command address bus (DCF—DRAM controller
functions); see Table 69 for details about mapping of clock, data, and command address signals of
LPDDR4 and DDR4 modes.

### 5.2    DDR pin function list

Table 69 shows the DDR pin function list.

| DRAM_DQ00 | DQ0_A |
|-----------|-------|
| DRAM_DQ01 | DQ1_A |
| DRAM_DQ02 | DQ2_A |
| DRAM_DQ03 | DQ3_A |
| DRAM_DQ04 | DQ4_A |
| DRAM_DQ05 | DQ5_A |

| Ball name | Ball | Power group | Ball type | Reset condition | | Input/ Output status |
|-----------|------|-------------|-----------|-----------------|-----------------|----------------------|
| | | | | Default mode | Default function | |
| DRAM_DQ00 | A5 | NVCC_DRAM | DDR | — | — | Input |
| DRAM_DQ01 | B5 | NVCC_DRAM | DDR | — | — | Input |
| DRAM_DQ02 | D2 | NVCC_DRAM | DDR | — | — | Input |
| DRAM_DQ03 | D1 | NVCC_DRAM | DDR | — | — | Input |
| DRAM_DQ04 | C1 | NVCC_DRAM | DDR | — | — | Input |
| DRAM_DQ05 | B1 | NVCC_DRAM | DDR | — | — | Input |

(https://www.nxp.com/docs/en/data-sheet/IMX8MMCEC.pdf (Pg.: 36, 78, 90))

89

## Write DQS2DQ Training (LPDDR4 only)

**What**
DQS to DQ training is referred to as "Write training" in JEDEC and "Write DQ training" in DFI.



**Why**
LPDDR4 Memory devices use an unmatched DQS-DQ path to enable high-speed performance and save power. As a result, the DQS strobe must be trained to arrive at the DQ latch center-aligned with the data eye.

**How**
The DQ receiver will latch the data present on the DQ bus when DQS reaches the latch, and DQS2DQ training is accomplished by delaying the DQ signals relative to DQS such that the data eye arrives at the receiver latch centered on the DQS transition. Above picture shows the DQ position after the training.

(https://community.nxp.com/pwmxy87654/attachments/pwmxy87654/tech-days/230/1/AMF-AUT-T3361.pdf (Pg.: 48))

### 4.29 DQS-DQ Training
The LPDDR4-SDRAM uses an un-matched DQS-DQ path to enable high speed performance and save power in the DRAM. As a result, the DQS strobe must be trained to arrive at the DQ latch center-aligned with the Data eye. The SDRAM DQ receiver is located at the DQ pad, and has a shorter internal delay in the SDRAM than does the DQS signal. The SDRAM DQ receiver will latch the data present on the DQ bus when DQS reaches the latch, and training is accomplished by delaying the DQ signals relative to DQS such that the Data eye arrives at the receiver latch centered on the DQS transition.

After writing data to the SDRAM with the MPC [Write DQ FIFO] command, the data can be read back with the MPC [Read DQ FIFO] command and results compared with "expect" data to see if further training (DQ delay) is needed. MPC [Read DQ FIFO] is initiated by issuing a MPC command with OP[6:0] set as described in the MPC Definition section, followed immediately by a CAS-2 command (CAS-2 operands must be driven LOW). Timings for the MPC [Read DQ FIFO] command are identical to a Read command, with RL (Read Latency) timed from the 2nd rising clock edge of the CAS-2 command.

(https://www.jedec.org/sites/default/files/docs/JESD209-4A.pdf (Pg.: 174))

**3.8.3.1    Clock/data/command/address pin allocations**

These processors uses generic names for clock, data, and command address bus (DCF—DRAM controller functions); see Table 69 for details about mapping of clock, data, and command address signals of LPDDR4 and DDR4 modes.

## 5.2    DDR pin function list

Table 69 shows the DDR pin function list.

| DRAM_DQS2_P | | DQS0_t_B | | | | |
|---|---|---|---|---|---|---|
| DRAM_DQS2_N | | DQS0_c_B | | | | |

| DRAM_DQS0_N | B2 | NVCC_DRAM | — | — | — | Input |
|---|---|---|---|---|---|---|
| DRAM_DQS0_P | A2 | NVCC_DRAM | DDRCLK | — | — | Input |
| DRAM_DQS1_N | H1 | NVCC_DRAM | — | — | — | Input |
| DRAM_DQS1_P | G1 | NVCC_DRAM | DDRCLK | — | — | Input |
| DRAM_DQS2_N | Y1 | NVCC_DRAM | — | — | — | Input |
| DRAM_DQS2_P | AA1 | NVCC_DRAM | DDRCLK | — | — | Input |
| DRAM_DQS3_N | AF2 | NVCC_DRAM | — | — | — | Input |
| DRAM_DQS3_P | AG2 | NVCC_DRAM | DDRCLK | — | — | Input |

(https://www.nxp.com/docs/en/data-sheet/IMX8MMCEC.pdf (Pg.: 36, 79, 90, 91))

Two modes of training are available in LPDDR4:
 • Command-based FIFO WR/RD with user patterns
 • A internal DQS clock-tree oscillator, to determine the need for, and the magnitude of required training.

The command-based FIFO WR/RD uses the MPC command with operands to enable this special mode of operation. When issuing the MPC command, if OP6 is set LOW then the DRAM will perform a NOP command. When OP6 is set HIGH, then OP5:0 enable training functions or are reserved for future use (RFU). MPC commands that initiate a Read Command, READ DQ Calibration or Write FIFO to the SDRAM must be followed immediately by a CAS-2 command. See 4.32, "Multi Purpose Command (MPC) Definition" for more information.

After writing data to the SDRAM with the MPC [Write DQ FIFO] command, the data can be read back with the MPC [Read DQ FIFO] command and results compared with "expect" data to see if further training (DQ delay) is needed. MPC [Read DQ FIFO] is initiated by issuing a MPC command with OP[6:0] set as described in the MPC Definition section, followed immediately by a CAS-2 command (CAS-2 operands must be driven LOW). Timings for the MPC [Read DQ FIFO] command are identical to a Read command, with RL (Read Latency) timed from the 2nd rising clock edge of the CAS-2 command.

(https://www.jedec.org/sites/default/files/docs/JESD209-4A.pdf (Pg.: 174))

**9.3.2.2.2    DBYTE Read and Loopback Path**

Read data from the SDRAM is written into a four-deep asynchronous FIFO that is implemented inside the DQ slice.

### NOTE
The FIFO is 16 deep in terms of the DRAM DQS writing into the FIFO; it is 8 deep on the core side when a half-speed DFICLK is employed and it is 8 deep on the core side when a full speed DFICLK is employed.

The FIFO is written using the DQS clock and read using the Controller clock. A per-bit delay line at the input of the DQ slice is used to optionally de-skew read data with respect to the read strobe in order to maximize the read data eye.

(https://www.nxp.com/webapp/Download?colCode=IMX8MMRM (Pg.: 1910))

**4.32   Multi-Purpose Command (MPC)**

LPDDR4-SDRAMs use the MPC command to issue a NOP and to access various training modes. The MPC command is initiated with CS, and CA[5:0] asserted to the proper state at the rising edge of CK, as defined by Table 82. The MPC command has seven operands (OP[6:0]) that are decoded to execute specific commands in the SDRAM. OP[6] is a special bit that is decoded on the first rising CK edge of the MPC command. When OP[6]=0 then the SDRAM executes a NOP (no operation) command, and when OP[6]=1 then the SDRAM further decodes one of several training commands.

(https://www.jedec.org/sites/default/files/docs/JESD209-4A.pdf (Pg.: 188))

166.   The '743 Accused Products perform the step of generating a first control signal based on a comparison result of a data pattern of the calibration read data received by the memory controller. For example, the i.MX 8M Mini Applications Processor with DDR Controller (DDRC) for LPDDR4 SDRAM, is compliant with JEDEC JESD209-4A standard and DFI 4.0 Specification. According to the JEDEC JESD209-4A standard, the data read back ("calibration read data") is compared with expect data to check if further calibration is required by generating control signal. The DFI 4.0 Specification describes that the user patterns ("a data pattern") are received at the PHY of the DDRC and compared with expected data. Then, the PHY delays are adjusted. This shows that a control signal is generated based on the comparison result which leads to adjustment of PHY delay settings. The data read back ("calibration read data") using the MPC [Read DQ FIFO] command is user defined patterns ("a data pattern") which was initially sent to the SDRAM (LPDDR4) using the MPC [Write DQ FIFO] command.

After writing data to the SDRAM with the MPC [Write DQ FIFO] command, the data can be read back with the MPC [Read DQ FIFO] command and results compared with "expect" data to see if further training (DQ delay) is needed. MPC [Read DQ FIFO] is initiated by issuing a MPC command with OP[6:0] set as described in the MPC Definition section, followed immediately by a CAS-2 command (CAS-2 operands must be driven LOW). Timings for the MPC [Read DQ FIFO] command are identical to a Read command, with RL (Read Latency) timed from the 2nd rising clock edge of the CAS-2 command.

(https://www.jedec.org/sites/default/files/docs/JESD209-4A.pdf (Pg.: 174))

92

### 9.3.2.4.3    DFI Interface

The DDR PHY and the DDR Controller both require a standard interface to transfer address, data, and control between these two blocks. These interfaces are DFI compliant. The PUB contains the DFI interface for the PHY.

For more information regarding the DFI specification, refer to the following:
- DDR PHY Interface (DFI) Specification, Revision 3.1 (Preliminary), 21, March 2014
- DDR PHY Interface (DFI) Specification Preliminary DFI 4.0 Specification - Addendum to DFI 3.1, 2 April 2014

(https://www.nxp.com/webapp/Download?colCode=IMX8MMRM (Pg.: 1914))

**What**
DQS to DQ training is referred to as "Write training" in JEDEC and "Write DQ training" in DFI.

(https://community.nxp.com/pwmxy87654/attachments/pwmxy87654/tech-days/230/1/AMF-AUT-T3361.pdf (Pg.: 48))

## 10.0  WR DQ Training

DFI 4.0 adds a write DQ training interface to DFI. Using this interface, the write DQ training involves the following steps:

4.  The PHY receives the read data from the DRAM and compares it to the expected data. The PHY delays are to be adjusted as needed.

5.  The sequence, starting from step 2 repeats until the PHY indicates that the training is complete.

Because write DQ training might require iterating through multiple variables, including VREF values, write data patterns, delay settings, etc.; sequence control might be required from both the MC and the PHY. To facilitate this requirement, **dfi_wdqlvl_done** is defined, which is to indicate when the MC has set the final VREF value associated with the training sequence. For example, in write DQ training, the indication might be the final VREF value. If training is complete at the end of the write DQ training sequence in which the MC asserts **dfi_wdqlvl_done**, the PHY must assert **dfi_wdqlvl_resp** = 'b11 as the response at the end of the sequence. Alternatively, if the PHY requires additional variables, the MC must assert **dfi_wdqlvl_resp** = 'b01 and the training routine continues. In this case, the MC should loop back to the first VREF value that was driven at the beginning of training, and iterate through the VREF values again. The MC is to continue looping through the values until the PHY responds with **dfi_wdqlvl_resp** = 'b11 and training is complete.

As currently defined, no method is defined for communicating to the PHY the number of read data patterns to expect, and no method defined for the PHY to communicate to the MC to send, whether next pattern or indication that training is complete. Because the PHY is responsible for evaluating the responses from memory and adjusting the timing delays, the PHY requires additional information and control in execution of the training sequences.

(https://pdfcoffee.com/dfi-40pdf-pdf-free.html (Pg.: 37, 46))

> Two modes of training are available in LPDDR4:
> • Command-based FIFO WR/RD with user patterns
> • A internal DQS clock-tree oscillator, to determine the need for, and the magnitude of required training.

> To perform Write Training, the controller can issue a MPC [Write DQ FIFO] command with OP[6:0] set as described in the MPC Definition section, followed immediately by a CAS-2 command (CAS-2 operands should be driven LOW) to initiate a Write DQ FIFO. Timings for MPC [Write DQ FIFO] are identical to a Write command, with WL (Write Latency) timed from the 2nd rising clock edge of the CAS-2 command. Up to 5 consecutive MPC [Write DQ FIFO] commands with user defined patterns may be issued to the SDRAM to store up to 80 values (BL16 x5) per pin that can be read back via the MPC [Read DQ FIFO] command. Write/Read FIFO Pointer operation is described later in this section.

> After writing data to the SDRAM with the MPC [Write DQ FIFO] command, the data can be read back with the MPC [Read DQ FIFO] command and results compared with "expect" data to see if further training (DQ delay) is needed. MPC [Read DQ FIFO] is initiated by issuing a MPC command with OP[6:0] set as described in the MPC Definition section, followed immediately by a CAS-2 command (CAS-2 operands must be driven LOW). Timings for the MPC [Read DQ FIFO] command are identical to a Read command, with RL (Read Latency) timed from the 2nd rising clock edge of the CAS-2 command.

(https://www.jedec.org/sites/default/files/docs/JESD209-4A.pdf (Pg.: 174))

167.    The '743 Accused Products perform the step of adjusting a phase alignment, during the calibration read operation, between the strobe signal and the calibration read data in response to the first control signal. For example, the i.MX 8M Mini Applications Processor is compliant with the JEDEC JESD209-4A standard and DFI 4.0 Specification. Both standards/specifications disclose that based on comparing the received data (user patterns) with expected data, the PHY delays are adjusted. The PHY delays the DQ signals (calibration read data), to adjust the alignment between the data signals and the DQS/data strobe signals.

> After writing data to the SDRAM with the MPC [Write DQ FIFO] command, the data can be read back with the MPC [Read DQ FIFO] command and results compared with "expect" data to see if further training (DQ delay) is needed. MPC [Read DQ FIFO] is initiated by issuing a MPC command with OP[6:0] set as described in the MPC Definition section, followed immediately by a CAS-2 command (CAS-2 operands must be driven LOW). Timings for the MPC [Read DQ FIFO] command are identical to a Read command, with RL (Read Latency) timed from the 2nd rising clock edge of the CAS-2 command.

(https://www.jedec.org/sites/default/files/docs/JESD209-4A.pdf (Pg.: 174))

DFI 4.0 adds a write DQ training interface to DFI. Using this interface, the write DQ training involves the following steps:

4. The PHY receives the read data from the DRAM and compares it to the expected data. The PHY delays are to be adjusted as needed.

5. The sequence, starting from step 2 repeats until the PHY indicates that the training is complete.

Because write DQ training might require iterating through multiple variables, including VREF values, write data patterns, delay settings, etc.; sequence control might be required from both the MC and the PHY. To facilitate this requirement, **dfi_wdqlvl_done** is defined, which is to indicate when the MC has set the final VREF value associated with the training sequence. For example, in write DQ training, the indication might be the final VREF value. If training is complete at the end of the write DQ training sequence in which the MC asserts **dfi_wdqlvl_done**, the PHY must assert **dfi_wdqlvl_resp** = 'b11 as the response at the end of the sequence. Alternatively, if the PHY requires additional variables, the PHY must assert **dfi_wdqlvl_resp** = 'b01 and the training routine continues. In this case, the MC should loop back to the first VREF value that was driven at the beginning of training, and iterate through the VREF values again. The MC is to continue looping through the values until the PHY responds with **dfi_wdqlvl_resp** = 'b11 and training is complete.

When training completes, training values controlled by the MC (VREF for example) and the PHY (delay settings) must be in sync so that the DRAM VREF and PHY delays are set to final, trained values.

( https://pdfcoffee.com/dfi-40pdf-pdf-free.html (Pg.: 46, 48))

## Write DQS2DQ Training (LPDDR4 only)

**What**
DQS to DQ training is referred to as "Write training" in JEDEC and "Write DQ training" in DFI.



**Why**
LPDDR4 Memory devices use an unmatched DQS-DQ path to enable high-speed performance and save power. As a result, the DQS strobe must be trained to arrive at the DQ latch center-aligned with the data eye.

**How**
The DQ receiver will latch the data present on the DQ bus when DQS reaches the latch, and DQS2DQ training is accomplished by delaying the DQ signals relative to DQS such that the data eye arrives at the receiver latch centered on the DQS transition. Above picture shows the DQ position after the training.

(https://community.nxp.com/pwmxy87654/attachments/pwmxy87654/tech-days/230/1/AMF-AUT-T3361.pdf (Pg.: 48))



(https://www.jedec.org/sites/default/files/docs/JESD209-4A.pdf (Pg.: 61, 256))

168.    Thus, at least for the above reasons, the '743 Accused Products meet all of the limitations of claim 6.

### *Indirect Infringement (Inducement – 35 U.S.C. § 271(b))*

169.    In addition and/or in the alternative to their direct infringement, NXP has indirectly infringed and continues to indirectly infringe one or more claims of the '743 Patent by knowingly and intentionally inducing others, including their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers, to directly infringe by making, using, offering to sell, selling and/or importing into the United States the '743 Accused Products.

170.    At a minimum, NXP had knowledge of the '743 Patent since at least 2018, when Rambus presented claim charts demonstrating infringement by NXP products as well as before the filing of the original complaint via the correspondence from K.Mizra discussed above, and via the filing of this complaint. Since receiving notice of their infringement, NXP has actively induced the direct infringement of their subsidiaries, distributors, affiliates, retailers, suppliers, integrators, importers, customers, and/or consumers as set forth under U.S.C. § 271(b). Such inducements have

been committed with the knowledge, or with willful blindness to the fact, that the acts induced constitute infringement of the '743 Patent. Indeed, NXP has intended to cause, continues to intend to cause, and has taken, and continues to take affirmative steps to induce infringement by, among other things, creating and disseminating advertisements and instructive materials that promote the infringing use of the '743 Accused Products; creating and/or maintaining established distribution channels for the '743 Accused Products into and within the United States; manufacturing the '743 Accused Products in conformity with U.S. laws and regulations; providing technical documentation for the '743 Accused Products, including data sheets, fact sheets, reference manuals, application notes, design files, training support along with descriptions of the features and technologies,[12] as well as product finders including a product selector, product advisor, cross reference, and design adviser;[13] promoting the incorporation of the '743 Accused Products into end-user products.

### *Damages*

171.    On information and belief, despite having knowledge of the '743 Patent and knowledge that it is directly and/or indirectly infringing one or more claims of the '743 Patent, NXP has nevertheless continued their infringing conduct and disregarded an objectively high likelihood of infringement. NXP's infringing activities relative to the '743 Patent, e.g., their decision to continue infringing the '743 Patent, have been, and continue to be, willful, wanton, malicious, in bad-faith, deliberate, consciously wrongful, flagrant, characteristic of a pirate, and

---

[12] *See, e.g.*, https://www.nxp.com/design/design-center/development-boards-and-designs/i-mx-evaluation-and-development-boards/i-mx53-quick-start-board:IMX53QSB; and the documents linked therefrom.

[13] *See, e.g.*, https://www.nxp.com/products/product-finders:PRODUCT-FINDERS#/

an egregious case of misconduct beyond typical infringement such that K.Mizra is entitled to enhanced damages under 35 U.S.C. § 284 up to three times the amount found or assessed.

172.    K.Mizra has been damaged as a result of NXP's infringing conduct described in this Count. NXP is, thus, liable to K.Mizra in an amount that adequately compensates K.Mizra for NXP's infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## CONCLUSION

173.    K.Mizra is entitled to recover from NXP the damages sustained by K.Mizra as a result of NXP's wrongful acts, and willful infringements, in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court.

174.    K.Mizra has incurred and will incur attorneys' fees, costs, and expenses in the prosecution of this action. The circumstances of this dispute may give rise to an exceptional case within the meaning of 35 U.S.C. § 285, and K.Mizra is entitled to recover its reasonable and necessary attorneys' fees, costs, and expenses.

## JURY DEMAND

175.    K.Mizra hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## PRAYER FOR RELIEF

176.    K.Mizra respectfully requests that the Court find in its favor and against NXP, and that the Court grant K.Mizra the following relief:

(i)    A judgment that one or more claims of the Asserted Patents have been infringed, either literally and/or under the doctrine of equivalents, by NXP;

98

(ii)    A judgment that one or more claims of the Asserted Patents have been willfully infringed, either literally and/or under the doctrine of equivalents, by NXP;

(iii)   A judgment that NXP account for and pay to K.Mizra all damages and costs incurred by Plaintiff because of NXP's infringing activities and other conduct complained of herein, including an accounting for any sales or damages not presented at trial;

(iv)    A judgment that NXP account for and pay to K.Mizra a reasonable, ongoing, post judgment royalty because of NXP's infringing activities, including continuing infringing activities, and other conduct complained of herein;

(v)     A judgment that K.Mizra be granted pre-judgment and post judgment interest on the damages caused by NXP's infringing activities and other conduct complained of herein;

(vi)    A judgment that this case is exceptional under the provisions of 35 U.S.C. § 285 and award enhanced damages; and

(vii)   Such other and further relief as the Court deems just and equitable.

Dated: July 8, 2025

Respectfully submitted,

*/s/ Patrick J. Conroy*
**Patrick J. Conroy**
Texas Bar No. 24012448
**T. William Kennedy Jr.**
Texas Bar No. 24055771
**Jonathan H. Rastegar**
Texas Bar No. 24064043
**David T. DeZern**
Texas Bar No. 24059677
**Nelson Bumgardner Conroy PC**
2727 N. Harwood St. #250
Dallas, TX 75201
Tel: (214) 446-4950
pat@nelbum.com
bill@nelbum.com
jon@nelbum.com
david@nelbum.com

**Attorneys for Plaintiff**
**K.Mizra LLC**